## FUNCTIONS OF THE COURT AND THE JURY

Members of the jury, you have seen and heard all the evidence and arguments of the attorneys. Now I will instruct you on the law.

You have two duties as a jury. Your first duty is to decide the facts from the evidence in the case. This is your job, and yours alone.

Your second duty is to apply the law that I give you to the facts. You must follow these instructions, even if you disagree with them. Each of the instructions is important, and you must follow all of them.

Perform these duties fairly and impartially. Do not allow sympathy, prejudice, fear or public opinion to influence you. You should not be influenced by any person's race, color, religion, national ancestry, or sex.

Nothing I say now, and nothing I said or did during the trial, is meant to indicate any opinion on my part about what the facts are or about what your verdict should be.

Plaintiff's Proposed Instruction No. 1

Seventh Circuit Pattern Civil Jury Instructions, No. 1.01

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## NO INFERENCE FROM JUDGE'S QUESTIONS

During this trial, I have asked a witness a question myself. Do not assume that because I asked questions I hold any opinion on the matters I asked about, or on what the outcome of the case should be.

Plaintiff's Proposed Instruction No. 2

Seventh Circuit Pattern Civil Jury Instructions, No. 1.02 (if necessary)

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

**EVIDENCE**

The evidence consists of the testimony of the witnesses, and the exhibits admitted in evidence, and stipulations.

A stipulation is an agreement between both sides that [certain facts are true] [that a person would have given certain testimony.

[I have taken judicial notice of certain facts. You must accept those facts as proved.]

Plaintiff's Proposed Instruction No. 3

Seventh Circuit Pattern Civil Jury Instructions, No. 1.04

_____ Objection
_____ Agreed
_____ Given
_____ Given as Modified
_____ Refused
_____ Withdrawn

**DEPOSITION TESTIMONY**

During the trial, certain testimony was presented to you by the reading of a deposition. You should give this testimony the same consideration you would give it had the witness appeared and testified here in court.

Plaintiff's Proposed Instruction No. 4

Seventh Circuit Pattern Civil Jury Instructions, No. 1.05 (if necessary)

_____ Objection
_____ Agreed
_____ Given
_____ Given as Modified
_____ Refused
_____ Withdrawn

## WHAT IS NOT EVIDENCE

Certain things are not to be considered as evidence. I will list them for you:

First, if I told you to disregard any testimony or exhibits or struck any testimony or exhibits from the record, such testimony or exhibits are not evidence and must not be considered.

Second, anything that you may have seen or heard outside the courtroom is not evidence and must be entirely disregarded.

Third, questions and objections or comments by the lawyers are not evidence. Lawyers have a duty to object when they believe a question is improper. You should not be influenced by any objection, and you should not infer from my rulings that I have any view as to how you should decide the case.

Fourth, the lawyers' opening statements and closing arguments to you are not evidence. Their purpose is to discuss the issues and the evidence. If the evidence as you remember it differs from what the lawyers said, your memory is what counts.

Plaintiff's Proposed Instruction No. 5

Seventh Circuit Pattern Civil Jury Instructions, No. 1.06

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## NOTE-TAKING

Any notes you have taken during this trial are only aids to your memory. The notes are not evidence. If you have not taken notes, you should rely on your independent recollection of the evidence and not be unduly influenced by the notes of other jurors. Notes are not entitled to any greater weight than the recollections or impressions of each juror about the testimony.

Plaintiff's Proposed Instruction No. 6

Seventh Circuit Pattern Civil Jury Instructions, No. 1.07

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## CONSIDERATION OF ALL EVIDENCE
## REGARDLESS OF WHO PRODUCED

In determining whether any fact has been proved, you should consider all of the evidence bearing on the question regardless of who introduced it.

Plaintiff's Proposed Instruction No. 7

Seventh Circuit Pattern Civil Jury Instructions, No. 1.08

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## LIMITED PURPOSE OF EVIDENCE

You will recall that during the course of this trial I instructed you that I admitted certain evidence for a limited purpose. You must consider this evidence only for the limited purpose for which it was admitted.

Plaintiff's Proposed Instruction No. 8

Seventh Circuit Pattern Civil Jury Instructions, No. 1.09 (if necessary)

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## WEIGHING THE EVIDENCE

You should use common sense in weighing the evidence and consider the evidence in light of your own observations in life.

In our lives, we often look at one fact and conclude from it that another fact exists. In law we call this "inference." A jury is allowed to make reasonable inferences. Any inference you make must be reasonable and must be based on the evidence in the case.

Plaintiff's Proposed Instruction No. 9

Seventh Circuit Pattern Civil Jury Instructions, No. 1.11

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## DEFINITION OF "DIRECT" AND "CIRCUMSTANTIAL" EVIDENCE

You may have heard the phrases "direct evidence" and "circumstantial evidence." Direct evidence is proof that does not require an inference, such as the testimony of someone who claims to have personal knowledge of a fact. Circumstantial evidence is proof of a fact, or a series of facts, that tends to show that some other fact is true.

As an example, <u>direct evidence</u> that it is raining is testimony from a witness who says, "I was outside a minute ago and I saw it raining." <u>Circumstantial evidence</u> that it is raining is the observation of someone entering a room carrying a wet umbrella.

The law makes no distinction between the weight to be given to either direct or circumstantial evidence. You should decide how much weight to give to any evidence. In reaching your verdict, you should consider all the evidence in the case, including the circumstantial evidence.

Plaintiff's Proposed Instruction No. 10

Seventh Circuit Pattern Civil Jury Instructions, No. 1.12

_____ Objection
_____ Agreed
_____ Given
_____ Given as Modified
_____ Refused
_____ Withdrawn

## TESTIMONY OF WITNESSES (DECIDING WHAT TO BELIEVE)

You must decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all. You also must decide what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, including any party to the case, you may consider, among other things:

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness's memory;

- any interest, bias, or prejudice the witness may have;

- the witness's intelligence;

- the manner of the witness while testifying;

- and the reasonableness of the witness's testimony in light of all the evidence in the case.

Plaintiff's Proposed Instruction No. 11

Seventh Circuit Pattern Civil Jury Instructions, No. 1.13 (modified)

_____ Objection
_____ Agreed
_____ Given
_____ Given as Modified
_____ Refused
_____ Withdrawn

## PRIOR INCONSISTENT STATEMENTS [OR ACTS]

You may consider statements given by the Parties and witness under oath before trial as evidence of the truth of what he said in the earlier statements, as well as in deciding what weight to give his testimony.

With respect to other statements, the law is different. If you decide that, before the trial, a witness made a statement not under oath or acted in a manner that is inconsistent with his testimony here in court, you may consider the earlier statement or conduct only in deciding whether his testimony here in court was true and what weight to give to his testimony here in court.

In considering a prior inconsistent statements or conduct, you should consider whether it was simply an innocent error or an intentional falsehood and whether it concerns an important fact or an unimportant detail.

Plaintiff's Proposed Instruction No. 12

Seventh Circuit Pattern Civil Jury Instructions, No. 1.14 (modified)

_____ Objection
_____ Agreed
_____ Given
_____ Given as Modified
_____ Refused
_____ Withdrawn

## LAWYER INTERVIEWING WITNESS

It is proper for a lawyer to meet with any witness in preparation for trial.

Plaintiff's Proposed Instruction No. 13

Seventh Circuit Pattern Civil Jury Instructions, No. 1.16 (if necessary)

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## NUMBER OF WITNESSES

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a larger number. You need not accept the testimony of the larger number of witnesses.

Plaintiff's Proposed Instruction No. 14

Seventh Circuit Pattern Civil Jury Instructions, No. 1.17

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

**ABSENCE OF EVIDENCE**

The law does not require any party to call as a witness every person who might have knowledge of the facts related to this trial. Similarly, the law does not require any party to present as exhibits all papers and things mentioned during this trial.

Plaintiff's Proposed Instruction No. 15

Seventh Circuit Pattern Civil Jury Instructions, No. 1.18

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## TRANSLATED LANGUAGE

You should consider only the evidence provided through the official interpreter. Although some of you may know Spanish, it is important that all jurors consider the same evidence. Therefore, you must base your decision on the evidence presented in the English translation.

Plaintiff's Proposed Instruction No. 16

Seventh Circuit Pattern Civil Jury Instructions, No. 1.22

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## BURDEN OF PROOF

When I say a particular party must prove something by "a preponderance of the evidence," or when I use the expression "if you find," or "if you decide," this is what I mean: When you have considered all the evidence in the case, you must be persuaded that it is more probably true than not true.

Plaintiff's Proposed Instruction No. 17

Seventh Circuit Pattern Civil Jury Instructions, No. 1.27

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## ISSUES

You must accept as fact that the search of Plaintiff's apartment was unconstitutional, and seizing her during the search was also unconstitutional. Liability has already been determined. An award of compensatory damages is required. Your sole job is to determine the amount of money that will reasonable and fairly compensate Plaintiff for her damages.

Wheatley v. Beetar, 637 F.2d 863, 868 (2d Cir. 1980)
Bedenfield v. Shultz, 272 F.Supp.2d 753,754-55 (N.D.Ill. 2003)

Plaintiff's Proposed Instruction No. 18

_____Objection
_____Agreed
_____Given
_____Given as Modified
_____Refused
_____Withdrawn

## DAMAGES: COMPENSATORY

You must determine the amount of money that will fairly compensate Plaintiff for the injuries she sustained as a direct result of the Defendants actions. These are called "compensatory damages."

Plaintiff must prove her damages by a preponderance of the evidence. Your award must be based on evidence and not speculation or guesswork. This does not mean, however, that compensatory damages are restricted to the actual loss of money; they include both the physical and mental aspects of injury, even if they are not easy to measure.

You should consider the following types of compensatory damages, and no others:

1.      The reasonable value of medical care and supplies that Plaintiff reasonably needed and actually received.

2.      The emotional distress and physical pain and that Plaintiff has experienced. No evidence of the dollar value of emotional distress and physical pain and suffering has been or needs to be introduced. There is no exact standard for setting the damages to be awarded on account of emotional distress and physical pain and suffering. You are to determine an amount that will fairly compensate the Plaintiff for the injury he has sustained.


Plaintiff's Proposed Instruction No. 19


Seventh Circuit Pattern Civil Jury Instructions, No. 7.23 (modified)

_____ Objection
_____ Agreed
_____ Given
_____ Given as Modified
_____ Refused
_____ Withdrawn

## SELECTION OF PRESIDING JUROR; GENERAL VERDICT

Upon retiring to the jury room, you must select a presiding juror. The presiding juror will preside over your deliberations and will be your representative here in court.

A verdict form has been prepared for you.

[Forms of verdict read.]

Take this form to the jury room, and when you have reached unanimous agreement on the verdict, your presiding juror will fill in and date the form, and all of you will sign it.

Plaintiff's Proposed Instruction No. 20

Seventh Circuit Pattern Civil Jury Instructions, No. 1.32

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## COMMUNICATION WITH COURT

I do not anticipate that you will need to communicate with me. If you do need to communicate with me, the only proper way is in writing. The writing must be signed by the presiding juror, or, if he or she is unwilling to do so, by some other juror. The writing should be given to the marshal, who will give it to me. I will respond either in writing or by having you return to the courtroom so that I can respond orally.

[If you do communicate with me, you should not indicate in your note what your numerical division is, if any.]

Plaintiff's Proposed Instruction No. 21

Seventh Circuit Pattern Civil Jury Instructions, No. 1.33

\_\_\_\_\_ Objection
\_\_\_\_\_ Agreed
\_\_\_\_\_ Given
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

## DISAGREEMENT AMONG JURORS

The verdict must represent the considered judgement of each juror. Your verdict must be unanimous.

You should make every reasonable effort to reach a verdict. In doing so, you should consult with one another, express your own views, and listen to the opinions of your fellow jurors. Discuss your differences with an open mind. Do not hesitate to reexamine your own views and change your opinion if you come to believe it is wrong. But you should not surrender your honest beliefs about the weight or effect of evidence solely because of the opinions of other jurors or for the purpose of returning a unanimous verdict.

All of you should give fair and equal consideration to all the evidence and deliberate with the goal of reaching an agreement that is consistent with the individual judgment of each juror. You are impartial judges of the facts.

Plaintiff's Proposed Instruction No. 22

Seventh Circuit Pattern Civil Jury Instructions, No. 1.34

_____ Objection
_____ Agreed
_____ Given
_____ Given as Modified
_____ Refused
_____ Withdrawn