# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6617 | **DATE** | 3/11/2010 |
| **CASE TITLE** | Maira Guzman vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Jury trial held on 3/11/2010. Jury Deliberation Began. Jury returns its verdict in favor of plaintiff and against the defendant. Plaintiff, Maira Guzman, is awarded $1.00 in compensatory damages. Trial ends - Jury.

Docketing to mail notices.

02:00

| | Courtroom Deputy Initials: | SLB |
|---|---|---|