CASE NO. 05 c 6617

ATTACHMENT NO. 1

EXHIBIT

TAB (DESCRIPTION)



NORWEGIAN AMERICAN
HOSPITAL
A CENTURY OF SERVICE

1044 N. Francisco Ave.
Chicago, Illinois 60622
(773) 292-8200

1

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |

PATIENT BILL

| PATIENT NAME | PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|---|
| GUZMAN,MAYRA | N011531787 | 06/14/05 | 06/15/05 | 08/04/05 |

GUARANTOR

GUZMAN,MAYRA
1536 W WALTON ST
CHICAGO IL 60622

| Date | Description | Qty | Amount |
|---|---|---|---|
| | *** OB\GYNE SEMI-PRIVATE 122 | | |
| | | | 738.00 |
| 06/14/05 | 72100003 LABOR ROOM - SEMI-PRIVATE; ROOM LD8/LDSEMI | 1 | 738.00 |
| | *** PHARMACY 250 | | |
| | | | 87.79 |
| 06/14/05 | 25000582 TERBUTALINE SULFATE 1MG/ML; TERBUTALINE SULFATE 1 MG/ML | 1 | 87.79 |
| | *** IV SOLUTIONS 258 | | |
| | | | 311.10 |
| 06/14/05 | 26004036 LACTATED RINGERS 1000ML; LACTATED RINGERS 1000 ML BAG | 1 | 62.00 |
| 06/14/05 | 26007081 PRIMARY GRAVITY ABBOT 1 * MIS; PRIMARY PLUM ABBOTT 1 * MISC | 1 | 32.55 |
| 06/14/05 | 26004036 LACTATED RINGERS 1000ML; LACTATED RINGERS 1000 ML BAG | 1 | 62.00 |
| 06/14/05 | 26007081 PRIMARY GRAVITY ABBOT 1 * MIS; PRIMARY PLUM ABBOTT 1 * MISC | 1 | 32.55 |
| 06/15/05 | 26002598 BAXTER PUMP INFUSION SET | 1 | 60.00 |
| 06/15/05 | 26004036 LACTATED RINGERS 1000ML; LACTATED RINGERS 1000 ML BAG | 1 | 62.00 |
| | *** PATIENT CHARGEABLES 270 | | |
| | | | 49.46 |
| 06/14/05 | 27002367 TEMPERATURE PROBE | 1 | 27.00 |
| 06/15/05 | 270007704 BOTTLE, PERI 8 OZ*; BOTTLE, PERI 8 OZ* | 1 | 0.56 |
| 06/15/05 | 270008446 SLIPPER, MEDIUM*; SLIPPER, MEDIUM* | 1 | 1.20 |
| 06/15/05 | 270000411 FETAL PAPER; PAPER, FETAL* | 2 | 7.92 |
| 06/15/05 | 270006064 PAD, UNDERPAD 30X30*; PAD, UNDERPAD 30X30* | 1 | 1.44 |
| 06/15/05 | 270006407 GLOVES, EXAM MED STR*; GLOVE, EXAM MED STR* | 1 | 0.28 |
| 06/15/05 | 270007702 BEDPAN, ADULT MAUVE DISP*; BEDPAN, ADULT MAUVE DISP* | 1 | 1.26 |

PAYMENT IS DUE WITHIN 14 DAYS

ACCOUNT NUMBER N011531787 LOS = 1

MAKE CHECK PAYABLE TO:
NORWEGIAN AMERICAN HOSP.
1762 Momentum Place
CHICAGO, IL 60689-5317

☐ VISA ☐ MC ☐ DISCOVER

TOTAL 4834.35

CARD # ____________ EXP. DATE ___/___

AUTHORIZED SIGNATURE

*This bill contains charges for hospital services only. Charges for physician services related to your care will be billed separately.*



NORWEGIAN AMERICAN HOSPITAL
A CENTURY OF SERVICE

1044 N. Francisco Ave.
Chicago, Illinois 60622
(773) 292-8200

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |

PATIENT BILL

| PATIENT NAME | PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|---|
| GUZMAN,MAYRA | N011531787 | 06/14/05 | 06/15/05 | 08/04/05 |

GUARANTOR

GUZMAN,MAYRA
1536 W WALTON ST
CHICAGO IL 60622

| Date | Description | Qty | Amount |
|---|---|---|---|
| 06/15/05 | 270009501 KIT, ADULT ADMISSION*; KIT, ADULT ADMISSION* | 1 | 9.80 |
| | *** LABORATORY 300 | | |
| | | | -------- |
| 06/14/05 | 30502675 ROUTINE VENIPUNCTURE | | 24.00 |
| 06/14/05 | 30502675 ROUTINE VENIPUNCTURE | 1 | 12.00 |
| | *** LAB/CHEMISTRY 301 | 1 | 12.00 |
| | | | -------- |
| 06/14/05 | 31003078 Rapid Fetal Fibronectin | | 231.00 |
| | *** IMMUNOLOGY *** | 1 | 231.00 |
| | | | -------- |
| 06/14/05 | 38002577 BLOOD TYPING; ABO | | 196.00 |
| | *** LAB/HEMATOLOGY *** | 1 | 196.00 |
| | | | -------- |
| 06/14/05 | 38002590 FETAL CELL QUANTITATIVE | | 349.00 |
| 06/14/05 | 30502619 COMPL CBC W PLT W AUTOM DIFF | 1 | 152.00 |
| 06/14/05 | 30500002 PROTHROMBIN TIME | 1 | 87.00 |
| 06/14/05 | 30500005 ACTIVATED PARTIAL PROTHROMBIN | 1 | 55.00 |
| | *** LABORATORY-MICROBIOLOGY 306 | 1 | 55.00 |
| | | | -------- |
| 06/14/05 | 30602881 FERN TEST | | 108.00 |
| 06/14/05 | 30600005 CULTURE, P PATHOG SCREEN | 1 | 39.00 |
| | *** UROLOGY *** | 1 | 69.00 |
| | | | -------- |
| 06/14/05 | 30500007 URINE DIP, NA W MICRO | | 55.00 |
| | *** ULTRASOUND *** | 1 | 55.00 |
| | | | -------- |
| 06/14/05 | 40207112 OB US, DETAILED, SNGL FETUS | | 479.00 |
| | *** LABOR\DELIVERY 720 | 1 | 479.00 |
| | | | -------- |
| 06/14/05 | 72201500 FETAL MONITORING | | 946.00 |
| | | 1 | 473.00 |

PAYMENT IS DUE WITHIN 14 DAYS

ACCOUNT NUMBER N011531787 LOS = 1

MAKE CHECK PAYABLE TO:
NORWEGIAN AMERICAN HOSP.
1782 Momentum Place
CHICAGO, IL 60689-5317

☐ VISA ☐ MC ☐ DISCOVER

TOTAL 4834.35

CARD # ______________________ EXP. DATE ____/____

______________________
AUTHORIZED SIGNATURE

*This bill contains charges for hospital services only. Charges for physician services related to your care will be billed separately.*



NORWEGIAN AMERICAN HOSPITAL
A CENTURY OF SERVICE

1044 N. Francisco Ave.
Chicago, Illinois 60622
(773) 292-8200

1

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |

PATIENT BILL

| PATIENT NAME | PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|---|
| GUZMAN,MAYRA | N011541638 | 06/18/05 | | 06/24/05 |

GUARANTOR

GUZMAN,MAYRA
1536 W WALTON ST
CHICAGO IL 60622

| | | | |
|---|---|---|---|
| | *** OTHER DIAGNOSTIC SERVICES 920 | | |
| 06/18/05 | 92001871 NST EXAM | | 643.00 |
| | *** RECEIPTS, ADJUSTMENTS, ETC. *** | 1 | 643.00 |
| | | 1 | |

PAYMENT IS DUE WITHIN 14 DAYS

ACCOUNT NUMBER N011541638

MAKE CHECK PAYABLE TO:
NORWEGIAN AMERICAN HOSP.
1762 Momentum Place
CHICAGO, IL 60689-5317

☐ VISA ☐ MC ☐ DISCOVER

TOTAL 643.00

CARD # ______ EXP. DATE ___/___

AUTHORIZED SIGNATURE

*This bill contains charges for hospital services only. Charges for physician services related to your care will be billed separately.*



NORWEGIAN AMERICAN
HOSPITAL
A CENTURY OF SERVICE

1044 N. Francisco Ave.
Chicago, Illinois 60622
(773) 292-8200

2

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |

PATIENT BILL

| PATIENT NAME | PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|---|
| GUZMAN,MAYRA | N011541638 | 06/18/05 | | 06/24/05 |

GUARANTOR

GUZMAN,MAYRA
1536 W WALTON ST
CHICAGO IL 60622

*** SUMMARY BY SERVICE ***

| | |
|---|---|
| OTHER DIAGNOSTIC SERVICES 920 | 643.00 |

PAYMENT IS DUE WITHIN 14 DAYS

ACCOUNT NUMBER N011541638

MAKE CHECK PAYABLE TO:
NORWEGIAN AMERICAN HOSP,
1792 Momentum Place
CHICAGO, IL 60689-5317

☐ VISA ☐ MC ☐ DISCOVER

TOTAL 643.00

CARD # ____________ EXP. DATE ___/___

AUTHORIZED SIGNATURE ____________

*This bill contains charges for hospital services only. Charges for physician services related to your care will be billed separately.*

NORWEGIAN AMERICAN HOSPITAL
"...Committed to your health"

ORWEGIAN AMERICAN HOSPITAL, INC. CHICAGO, IL 60622

ADMISSION RECORD

| PATIENT NO. | ADMIT DATE | TIME | TYPE | ACCOM | SERV. | MEDICAL REC. NO. | ADMITTING DR. | NO. |
|---|---|---|---|---|---|---|---|---|
| N011531787 | 06/14/05 | 1545 | U | LDS | OBS | M349371 | LIPEZKER,ENRIQUE | 1271 |

| PT. NAME (LAST, FIRST, INIT. ADDRESS / CITY / STATE / ZIP | ROOM-BED | MS | SEX | RACE | AGE | DATE OF BIRTH | ATTENDING DR. | NO. |
|---|---|---|---|---|---|---|---|---|
| GUZMAN,MAYRA<br>1536 W WALTON ST<br>CHICAGO, IL 60622 | TR/1 | M | F | H | 18 | 03/15/87 | LIPEZKER,ENRIQUE | 1271 |

| REL. | HOME PHONE | SOCIAL SECURITY |
|---|---|---|
| CAT | 773 394-3206 | 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 |

| NEXT OF KIN | PHONE NO. | PERSON TO NOTIFY | PHONE NO. |
|---|---|---|---|
| GUZMAN,ANDRES | 773 394-3206 | | |

| P.A. CASE NO. | RECIPIENT NO. | MEDICARE NO. | EFFECTIVE DATE | FO | REG. |
|---|---|---|---|---|---|
| 96228BR2330 | | | | IDPA | ADM.MXF |

| INSURANCE NAME / ADDRESS / CITY / STATE / ZIP | NAME OF INSURED / POLICY NO. | GUAR. NAME / ADDRESS / CITY / ZIP | GUAR.'S EMPLOYER NAME / ADDRESS / CITY / STATE / ZIP |
|---|---|---|---|
| ILLINOIS MEDICAID<br>P.O. BOX 19127,SP<br>SPRINGFIELD IL 62794 | GUZMAN,MAYRA<br>POLICY NO.<br>174679068 | GUZMAN,MAYRA<br>1536 W WALTON ST<br>CHICAGO,IL 60622 | UNEMPLOYED |

| SECOND INSURANCE | POLICY NO. | NAME OF INSURED | PRE-CERT / AUTHORIZATION |
|---|---|---|---|
| | | | |

COMMENTS

ADMIT AFTER OBVS

Delivery type:
Weight: lbs, oz

| ADMITTING DIAGNOSIS | CODE | DISCHARGE DATE |
|---|---|---|
| ABDOMINAL PAIN | | JUN 15 2005 |

PRINCIPAL FINAL DIAGNOSIS — CODE

False lab

SECONDARY DIAGNOSIS OR COMPLICATIONS

TREATMENT / OPERATIONS / PROCEDURES — DATE OF PROCEDURE

PLAINTIFF'S EXHIBIT

1.

2.

3.

TRANSFERRED TO:

L.O.S. 1

ertify that the narrative descriptions of the principal and secondary diagnosis and the jor procedures performed are accurate and complete to the best of my knowledge.

ATTENDING PHYSICIAN SIGNATURE:

DATE: 6/15/05

NORWEGIAN AMERICAN HOSPITAL
"...Committed to your health"

NORWEGIAN AMERICAN HOSPITAL, INC. CHICAGO, IL 60622

**ADMISSION RECORD**

| PATIENT NO. | ADMIT DATE | TIME | TYPE | ACCOM | SERV | MEDICAL REC. NO. | ADMITTING DR. | NO. |
|---|---|---|---|---|---|---|---|---|
| N011531787 | 06/14/05 | 1545 | U | LDS | OBS | M349371 | LIPEZKER,ENRIQUE | 1271 |

| PT. NAME (LAST, FIRST, INIT. ADDRESS / CITY / STATE / ZIP | ROOM-BED | MS | SEX | RACE | AGE | DATE OF BIRTH | ATTENDING DR. | NO. |
|---|---|---|---|---|---|---|---|---|
| GUZMAN,MAYRA<br>1536 W WALTON ST<br>CHICAGO, IL 60622 | TR/1 | M | F | H | 18 | 03/15/87 | LIPEZKER,ENRIQUE | 1271 |

| REL | HOME PHONE | SOCIAL SECURITY |
|---|---|---|
| CAT | 773 394-3206 | 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 |

| NEXT OF KIN | PHONE NO. | PERSON TO NOTIFY | PHONE NO. |
|---|---|---|---|
| GUZMAN,ANDRES | 773 394-3206 | | |

| P.A. CASE NO. | RECIPIENT NO. | MEDICARE NO. | EFFECTIVE DATE | FC | REG. |
|---|---|---|---|---|---|
| 96228BR2330 | | | | IDPA | ADM.MXF |

| INSURANCE NAME /ADDRESS/ CITY/ STATE / ZIP | NAME OF INSURED / POLICY NO. | GUAR. NAME / ADDRESS / CITY / ZIP | GUAR.'S EMPLOYER NAME / ADDRESS / CITY / STATE / ZIP |
|---|---|---|---|
| ILLINOIS MEDICAID<br>P.O. BOX 19127,SP<br>SPRINGFIELD IL 62794 | GUZMAN,MAYRA<br>POLICY NO. 174679068 | GUZMAN,MAYRA<br>1536 W WALTON ST<br>CHICAGO,IL 60622 | UNEMPLOYED |

| SECOND INSURANCE | POLICY NO. | NAME OF INSURED | PRE-CERT / AUTHORIZATION |
|---|---|---|---|
| | | | |

COMMENTS

ADMIT AFTER OBVS

Delivery type:
Weight: lbs, oz

| ADMITTING DIAGNOSIS | CODE | DISCHARGE DATE |
|---|---|---|
| ABDOMINAL PAIN | | |

PRINCIPAL FINAL DIAGNOSIS — CODE

SECONDARY DIAGNOSIS OR COMPLICATIONS

TREATMENT / OPERATIONS / PROCEDURES — DATE OF PROCEDURE

1.

2.

3.

TRANSFERRED TO:

L.O.S.

...tify that the narrative descriptions of the principal and secondary diagnosis and the ...of procedures performed are accurate and complete to the best of my knowledge.

ATTENDING PHYSICIAN SIGNATURE:

DATE:

2





NORWEGIAN AMERICAN
HOSPITAL
CENTURY OF SERVICE

1044 N. Francisco Ave.
Chicago, IL 60622
773/292-8200

# OUTPATIENT REGISTRATION

M349371 N011531787 OPREG

| PATIENT NO. | ADMIT DATE | TIME | TYPE | ACCOM | SERV | MEDICAL REC. NO. | FAMILY DR. | NO. |
|---|---|---|---|---|---|---|---|---|
| N011531787 | 06/14/05 | 1337 | U | | LD- | M349371 | LIPEZKER, ENRIQUE | |

PT. NAME (LAST, FIRST, INIT.) ADDRESS/CITY/STATE/ZIP: GUZMAN, MAYRA, 1536 W WALTON ST, CHICAGO, IL 60622

| ROOM - BED | MS | SEX | RACE | AGE | DATE OF BIRTH | ATTENDING DR. | NO. |
|---|---|---|---|---|---|---|---|
| | M | F | H | 18 | 03/15/87 | LIPEZKER, ENRIQUE | |

| REL | HOME PHONE | SOCIAL SECURITY |
|---|---|---|
| CAT | 773 394-3206 | 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 |

| NEXT OF KIN | PHONE NO. | PERSON TO NOTIFY | PHONE NO. |
|---|---|---|---|
| GUZMAN, ANDRES | 773 394-3206 | | |

| P.A. CASE NO. | RECIPIENT NO. | MEDICARE NO. | EFFECTIVE DATE | FC | REG. |
|---|---|---|---|---|---|
| 94180385445 | | | | IDPA | ADM.MXC |

| INSURANCE NAME/ADDRESS/CITY/STATE/ZIP | NAME OF INSURED / POLICY NO. | GUAR. NAME/ADDRESS/CITY/ZIP | GUAR.'S EMPLOYER NAME/ADDRESS/CITY/STATE/ZIP |
|---|---|---|---|
| ILLINOIS MEDICAID<br>P.O. BOX 19127, SP<br>SPRINGFIELD IL 62794 | GUZMAN, MAYRA<br>POLICY NO. 174679068 | GUZMAN, MAYRA<br>1536 W WALTON ST<br>CHICAGO, IL 60622 | UNEMPLOYED |
| SECOND INSURANCE | POLICY NO. | NAME OF INSURED | PRE-CERT/AUTHORIZATION |

COMMENTS

CONDITION OF ARRIVAL ☐ GOOD ☐ FAIR ☐ SERIOUS ☐ CRITICAL | TETANUS HISTORY | WEIGHT | MEDICATIONS

P R B/P | TIME T P R B/P | TIME T P R B/P | ALLERGIES

COMPLAINT: PREGNANCY

NOTIFIED ☐ POLICE ☐ CORONER | BY WHOM | TIME A.M. P.M.

LAB TIME IN OUR | OFFICER'S SIGNATURE | STAR NO. | DISTRICT

CBC WBC Hgb HCT Plat | ☐ ETOH | ☐ Dext
d Lymph Other | ☐ Theophyline | ☐ Hemocult | ☐ Urine Dipstick ☐ U/A S.G. WBC RBC
Lytes Na K CL CO- | ☐ Dilantin | ☐ Digoxin
GLU ☐ Cardiac Enzymes | ☐ Serum Pregnancy
BUN CPK | ☐ Type + Screen | ☐ Type + Cross Units | ☐ Culture
CR LDH | ☐ ABG #1 at FIO2 pH PCO2 PO2 % Sat
Amylase SGOT | ☐ ABG #2 at FIO2 pH PCO2 PO2 % Sat
EKG Interpretation | ☐ X-Ray | TIME SENT: | TIME RETURNED

TIME | DOCTOR'S ORDERS | TIME | NURSE

DIAGNOSIS | ICD-9 CODES

CONTACT PERSON TIME

☐ REFERRED TO ____ TO BE SEEN IN ____ DAYS | ADMITTING: TIME CALLED

INSTRUCTIONS / MEDICAIONS | MOR TIME WHERE | HOW ACCOMPANIED BY

CONDITION ON DISCHARGE ☐ GOOD ☐ FAIR ☐ SERIOUS CRITICAL EXPIRED

TIME OR PHYSICAL EXAM

TREATING PHYSICIAN (PRINT)

PHYSICIAN'S SIGNATURE

DISCHARGE NURSE'S SIGNATURE | PATIENT'S SIGNATURE

# ›rwegian A... ican Hospita Triage

Category Urgent (Yellow) ID GM-6-14 5-13:33

| | | | Triage Nurse |
|---|---|---|---|
| /14/2005 | 1:34:03 PM | 6/14/2005 13:36 | Matos, Margarita |

Lipezker,Enrique

Transported by: Self
Mode: Walked

Police Dept: Custody Notification Beat #

Triage

OMINAL PAIN- 7 MOS PREGNANT, DENIES VAGINAL BLEEDING.LDR CALLED SPOKE WITH FELY AT P FOR PICKUP AND DELIVERY

Additional

No Significant PMHx

Asthma/COPD ☐ CAD ☐ Cancer ☒ Cardiac ☐ CHF ☐ CVA

DM ☐ HTN ☐ Psych ☐ Renal ☐ Seizures ☒ Substance Abuse

No Meds ☒ Unknown

KA

Not UTD

TB Hx, PPD Pos or Infectious Exposures? No

*If yes to TB or Infectious question take precautions*

GUZMAN,MAYRA

18 Years

Female

GUZMAN,MAYRA 03/15/1987

6/14/2005

**Temp**

Oral 98.5

Rectal

Tympani

**Pulse**

Right 104

Left

**Respirations**

12

**Blood Pressure**

R

L 104/61

**Pulse Ox**

100%

**Weight (Kg)**

58 Kg

**Height** **Head Circumference**

**Pain Scale**

Discomfort 1 - 2

lert Oriented

Eye

Verbal

Motor

Total

LNMP/EDC 102805

G P Ab Miscar

| | R | L |
|---|---|---|
| ear | ☒ | ☒ |
| imish | ☒ | ☒ |
| heeze | ☒ | ☒ |
| les | ☒ | ☒ |
| oncl | ☒ | ☒ |
| tract | ☒ | ☒ |

| | R | L |
|---|---|---|
| Equal | ☒ | ☒ |
| React | ☒ | ☒ |
| Fixed | ☒ | ☒ |
| Constrict | ☒ | ☒ |
| Dilated | ☒ | ☒ |
| Cataract | ☒ | ☒ |

Color Normal

Temp

Moist

Pulses

ROM

Are you being hurt by someone you live with or who takes care of you?

Yes/No No

* Mandatory completion of Domestic Violence Referral.

Primary Language Spanish

Assessed Disability No Disability

Communication Barrier ☒

Language Translator ☒

Motivation Level High

Knowledge Level High

Comprehension Ability High

lo Fall Risks Identified

Daily Living Independent

Living Conditions Family

Going Home with Self

B 13:36

riage Nurse Matos, Margarita

riage II, III MM MM

LWBS ☐ LW Complete Tx/ Eloped ☐ AMA ☐ AMA Refused ☑ Patient Rights and Responsibilities and Guide to Pain Management given to Patient, Family, and/or Caretaker



GUZMAN, M A
1536 W WALTON ST
CHICAGO, IL 60622

NORWEGIAN AMERICAN
**HOSPITAL**
**A CENTURY OF SERVICE**

1044 N. Francisco Ave.
Chicago, IL 60622
773/292-8200

M349371 N011531787 CONTREAT

**Consentimiento Para Tratamiento** - Estoy consciente que la practica de medicina no es una ciencia exacta. No me han garantizado o asegurado nada acerca de los resultados que obtendre de caulquier examen y/o tratamiento quo me hagan en este haspital. Doy consentimiento al tratamiento rnidico, segun mi medico lo juzgue apropiade, proporcionado por el Hospital Norwegian American, sus empleados, agentes, y medicos. Entiendo que en circunstancias limiladas mi medico puede hacerme la prueba para el Virus de Inmunodeficiencia Humana (HIV), el virus que causa el SIDA si el medico determina que esta informacion es medicamente necesaria pana darme un diagnostico y tratamiento apropiado. Tambien autorizo al hospital de eliminar o retener para educacipn cientifica, cualquier especimen que extraigan durante mi tratamiento.

**Servicios Medicos** - Comprendo que los, tratamientos y procedimientos pueden ser efectuados por medicos independientes que no sean empleados par el Hospital Norwegian American. Medicos independientes llevan a cabo tareas especificas tales como cuidado do emergencia, Interpretacion de rayos-x, electrocardiogramas o resultados de laboratodo, proveyendo anestesia o sierviendo de asesor a mi medico. -Los demas medicos son empleados del Hospital Norwegian American, Entiendo que empleados del Hospital Norwegian American pueden ayudar tanto a los medicos independientes como a los medicos empleados por el hospital. La **cuenta del hospital no incluira los servicios medicos.** Entiendo que quizas recibird mas de una cuenta medica y que los medicos me enviaran sus propias cuentas.

**Autorizacion para Revelacion do Informacion Medica** - Doy autorizacion al hospital de revelar informacion medica, a aquellas personas, companias o corporaciones que son responsables de pagar los cargos incurridos por el paciente, o a sus agentes, organizaciones guvernamentales afiliades o companias verificadoras, el derecho de revisar o copiar mi expedlente medico para procesar y substanciar la forma de reclamos sobre los beneficios de salud del paciente. Tambien extiendo esta autorizacion a los medicos y/o facilidad que proveera la continuacion del cuidado de salud del paciente. Entiendo que mi expediente medica puede contener informacion sobre ai salud mental, incapacidades de desarrollo, abuso de substancias y/o resultados de examenes de VIH/SIDA. Libero al hospital de cualquier y toda responsabilidad legal que pueda surgir a causa de esta autorizacion.

**Beneficios Asignados** - Autorizo a mi compania de seguro o a una tercera persona a pagar los beneficios que me corresponden directamente al Hospital Norwegian American y a los grupos de medicos envueltos en mi cuidado por todos los servicios que yo reciba durante este periodo segun lo indique mi poliza. Entiendo que soy responsable por todos los cargos incurridos no cubiertos por mi aseguranza o tercera persona. Si no pago el balance de mi cuenta despues de recibir notificacion del hospital, entiendo que el hospital enviara mi cuenta a una agencia de coleccion. Estoy de acuerdo en pager at hospital los costos de dicha agencia de coleccion incluyendo pero no limdado a, intereses, honorarios, costo de abogado u otros costos asociados, costos de tribunal. No serd necesario que el Hospital Norwegian American ponga una demanda antes de poner en vigor esta garantia.

**Beneficiarios de Medicare** - Certifico que la informacion que he proporcionado al aplicar para pagos bajo el Titulo XIII del Acta de Seguro Social es correcta. Autorizo a la persona que tenga informacion mia, ya sea medica o de otro tipo, a entregade dicha informacion a la Administracion de Seguro Social o a sus intermediarios o aseguranzas cualquier informacion necesaria para procesar esta forma de reclamo de Medicare. Solicito que se paguen mis beneficios autorizados directamente a todos los proveedores de dichos servicios.

**Pertenencias Personales de Valor** - Asumo toda responsabilidad de mis pertenencias personales de valor (anteojos, dentaduras, ropa, joyas, dinero, etc.) durante mi estadla en el hospital. Entiendo que el hospital tiene la facilidad de asegurar dinero y joyas. Si decido no aseguradas con el hospital, libero al hospital de toda responsabilidad por la perdida o dano a mis pertenencias personales de valor.

**Referencia a (Yo) y (Mi)** - Las referencias a (Yo) y (Mi) se refieren al paciente o persona que tiene autoridad de consentir tratamiento para el paciente y de revelar informacion sobre dicho paciente.

ME HAN EXPLICADO ESTA FORMA Y/O LA HE LEI DO Y LA ENTIENDO Y ACEPTO LOS TERMINOS Y CONDICIONES DE ESTA.

FIRMA: X Maria Guzman RELACION CON EL PACIENTE: Self
(PACIENTE, PADRE O MADRE, PERSONA CON CUSTODIA LEGAL)

TESTIGO: ____ FECHA: 6-14-05 HORA: ____ AM/PM

FOR MINORS SEEKING EMERGENCY TREATMENT AND NOT ACCOMPANIED By A PARENT

☐ PHONE CONTACT MADE TO PARENT/LEGAL GUARDIAN, CONSENT OBTAINED FOR TREATMENT. TIME: ____ AM/PM
☐ UNABLE To CONTACT PARENT/LEGAL GUARDIAN BY PHONE. TIME: ____ AM/PM
SIGNATURE OF PERSON WHO MADE/ATTEMPTED TO PHONE CONTACT. ____



NORWEGIAN AMERICAN
HOSPITAL
A CENTURY OF SERVICE

1044 N. Francisco Ave. • Chicago, IL 60622 • 773/292-8200

NORWEGIAN AMERICAN HOSPITAL
N011531787 OBS 03/15/87
GUZMAN, MAYRA
M349371 F 18
1 IOPA AD
LIPEZKER,
LIPEZKER,

# DOCUMENTATION FORM FOR ADVANCE DIRECTIVES

**Advance Directive Advisement / Inquiry:**
We are required to advise you that under State and Federal Law, adults may sign documents that make their choices about end-of-life medical treatment known to their doctor or family in advance, or to name someone they trust to make decisions for them at such times. These documents are known as **"advance medical directives".**

State law allows two types of advance medical directives: "living will" and the **"durable power of attorney for healthcare".**

## DOCUMENTATION

| The Following Inquiries Have Been Made: | Initials YES | Initials NO |
|---|---|---|
| A. Do you have a: | | |
| 1. Living Will? | | [initials] |
| 2. Durable Power of Attorney for Health Care? | | [initials] |
| B. If patient has an advance medical directive, is a copy placed on the medical record? | | |
| 1. If a copy is not with the patient, name of person requested to bring it in. Name: ______ Relationship: ______ | | |
| 2. In the absence of the actual advance directive, document the substance of the directive in the patient's / family's **"own words"**: " ______ " | | |
| C. Information booklet given to patient / family | [initials] | |
| D. The patient requested further information | | [initials] |
| E. Patient has not been given information about his or her rights under the patient Self Determination Act because patient is not an adult and / does not appear competent. | | |

Hospital Employee issuing this form: [signature]
SIGNATURE TITLE
Date: 6/14/05

| **FOLLOW-UP:** | | |
|---|---|---|
| Patient wishes to make an advance medical directive | | |
| Patient given forms of Living Will and Illinois Power of Attorney for Healthcare | | |

Hospital Employee: ______
SIGNATURE TITLE
Date: ______

**Referral to (check one) for assistance with advance medical directives information or completion:**

Date referred: ______

☐ **Patient Advocate** (Name) ______ Date: ______

☐ **Social Worker** (Name) ______ Date: ______

☐ **Nursing Coordinator** (Name) ______ Date: ______

NAH-5383-D

TOTAL P.01

PT. NAME Guzman, Mayra

DOB 3-15-87 DATE DONE 6-14-05 XRAY NO. M349371

DR. Lipezker, E

STANDARD ULTRASOUND EXAM

OB - Blunt trauma evaluate placenta

Reason for examination:

CURRENT FETAL DATA

| | CM | WKS | | RATIOS | | | | PLACENTA |
|---|---|---|---|---|---|---|---|---|
| | | | CI | 79.0 | No. Vessels | 3 | Location | Posterior |
| CRL | | | | | | | | |
| BPD | 8.20 | 33.0 | HC/AC | 1.16 | Insertion | NIL | | |
| OFD | | | FL/AC | 22.9 | Doppler S/D | | | |
| HC | 29.31 | 32.2 | FL/BPD | 70.5 | R.I. | | Grade | I-II |
| FL | 5.78 | 30.2 | | | | | Previa | no |
| AC | 25.22 | 29.3 | | | | | | |
| HI | 5.07 | 29.5 | | | | | | |

MATERNAL DATA

Gall Bladder: NIL

Kidneys: NIL

Cervix: 3.38

FETUS

Number: 1

Position: Cephalic

Heart Rate: 136 BPM

Amniotic Fluid (Qualitative): Adequate

Amniotic Fluid Index: 17.37

Est. Wt. (+/- 15%): 1536gms

Scan Wt.

FETAL ANATOMY

| | | | |
|---|---|---|---|
| Head | NIL | Abdomen | NIL |
| Face and Palate | NIL | Kidneys and Bladder | NIL |
| Cerebral Vents | NIL | Spine | NIL |
| Cerebellum | NIL | Extremities | NIL |
| Heart - 4 chamber view | NIL | Gender | Male |
| Heart - long axis view | NIL | | |

PREVIOUS DATA

| DATE | US AGE | WEEKS SINCE PREVIOUS EXAM | EXPECTED US AGE |
|---|---|---|---|
| 2-15-05 | 14.0 | 16.5 | 30.5 |

SUMMARY

LMP: 10-27-04 Age by LMP: 32.6 EDC by US: 8-16-05 U/S age (today): 30.6 X

COMMENTS

no abruptio seen - Good fetal movement
Called Dr. CWB @ 6:35p - Reviewed images
Report to L&D per routine

7

Duplication of this form is strictly prohibited by law. © 2001 Briggs Corporation. All rights reserved.

Briggs Corporation

# Obstetric Admitting Record

Maternal/Newborn Record System

To order call: 1.800.245.4080 Re-order No. 5710N

Page 1 of 2

NORWEGIAN AMERICAN HOSPITAL
NC 11531787 OBS 03/15/87
F 18
GUZMAN, MAYRA
M349371 06/14/05 TR 1 LDRA
LIPEZKER, ENRIQUE 18 F
N011531787
M349371 TR-1

**Basic Admission Data** Date 6/14/05 Time 13:40

☐ Ambulatory ☐ Stretcher ☒ Oriented to Unit
☒ Wheelchair ☐ Transfer From ☐ Safety/Security

**Allergy/Sensitivity** ☒ None ☐ Latex ☐ Other

| G | T | Pt | A | L | LMP | EDD | Wks |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 | 10/27/04 | 8/16/05 | 30 5/7 |

EDD By Fetal Assessment / /

Prenatal Care Provider Lipezker
Race/Ethnicity Hisp. Age 18

Advance Directives ☐ None ☐ Living Will ☐ Medical Power of Attorney
Information Given ☐ Yes ☐ No (explain)
Organ Donor ☐ Yes ☐ No
Pain ☐ No ☐ Yes (site lower abd pain) Intensity 0 — 8 — 10 (none – highest)
Type ☐ Aching ☐ Nagging ☐ Dull ☐ Heavy ☐ Crushing ☐ Sharp ☐ Stabbing ☐ Throbbing ☐ Radiating ☐ Burning ☐ Tingling ☐ Cramping ☐ Other

Last Oral Intake
Fluids 6/14/05 Time
Solids 6/14/05 Time

Medications ☐ None

| Type/Dose | Last Taken | With Patient No | With Patient Yes | Disposition |
|---|---|---|---|---|
| PNV | | ☒ | ☐ | |
| Fe po | | ☐ | ☐ | |
| | | ☐ | ☐ | |

MD/CNM Dr. Lipezker Tel No. Support Person/Relationship Tel No.

**Reasons for Admission**
☐ Onset of Labor
☐ Induction of Labor
☐ Spontaneous Abortion
☐ Cesarean Section ☐ Primary ☐ Repeat (reason for primary )
☐ Tubal Ligation
☐ Vaginal Bleeding
☐ ROM ☐ Premature ☐ Prolonged
☒ Preterm Labor

**Observation Evaluation**
☐ Fetal Status
☐ Ultrasound
☐ Amniocentesis
☐ NST ☐ CST
☐ Medical Complications
☐ Obstetric Complications

Detail Reasons for Admission lower abd pain

| Personal Effects Item | With Patient | With Support Person | Other (Describe) |
|---|---|---|---|
| ☐ Clothes | | | |
| ☐ Jewelry | | | |

**Patient Triage Data** ☐ See Triage Record

Contractions ☒ None ☐ Palpation ☐ Tocotransducer
Frequency ____ Duration ____ Intensity ____
Began on __/__/__ Time ____
Pain intensity 0 ____ 10 (none – highest)
Membranes ☒ Intact ☐ Bulging ☐ Ruptured (Date __/__/__ Time ____)
☐ Nitrazine test (☐ pos ☐ neg) ☐ Sterile Speculum Exam
☐ Fern test (☐ pos ☐ neg) (findings ____)

Fluid ☐ Clear ☐ Bloody ☐ Meconium Stained ☐ Foul Odor ☐ No Foul Odor ☐ None Observed
Vaginal Bleeding ☒ None ☐ Normal Show ☐ Bleeding (Describe ____)
Cervical Exam By Dr. [illegible]
Station ____ Effacement ____ Dilatation ____ cms
Presentation ☐ Vertex ☐ Transverse Lie ☐ Face/Brow ☐ Compound ☐ Breech (type ____) ☐ Unknown

**PRE-PROCEDURE CHECKLIST** (Check all that apply)
☐ History & Physical
☐ Prenatal Records
☐ X-rays and Ultrasounds
☐ Consents
☐ Patient ID
☐ Site ID/Verification
☐ Other ____
Timeout ____

**Physical Assessment**

| Height | Wt Pregrav/Grav | Temp | Pulse | Resp | BP |
|---|---|---|---|---|---|
| | 120/128 | 98.7 | 80 | 20 | 110/70 |

| System | Normal | Abnormal | Detail Abnormal Findings |
|---|---|---|---|
| HEENT | ☐ | ☐ | denies any med problems |
| Neurologic | ☐ | ☐ | |
| Skin | ☐ | ☐ | |
| Breasts | ☐ | ☐ | |
| Extremities | ☐ | ☐ | |
| Cardiovascular | ☐ | ☐ | |
| Respiratory | ☐ | ☐ | |
| Abdomen | ☒ | ☐ | gravid |
| Gastrointestinal | ☐ | ☐ | |
| Urinary | ☐ | ☐ | |
| Genitalia | ☐ | ☐ | |

Initial Problems Identified ☐ None — Plan
1.
2.
3.

**Fetal Evaluation Data** Multiple Gestation ☒ No ☐ Yes
Fundal Height ____ cms
Fetal Weight (est.) ____
FHR 132
☐ Fetoscope ☒ Fetal Monitor ☐ Doppler ☐ Other

Presentation / Position
1.
2.
3.

Specimens Obtained (Check all that apply)

| Urine Test | Time | Results | Blood Test | Time | Results |
|---|---|---|---|---|---|
| ☐ Urinalysis | 5 | | ☐ Hgb | | |
| ☐ C+S | Sp | | ☐ Hct | | |
| ☐ Glucose | | | ☐ VDRL/RPR | | |
| ☐ Albumin | tr | | ☐ Type/Screen | | |
| ☐ Ketones | | | ☐ | | |
| ☐ pH | 8 | | Cervical Culture | | |
| ☐ Blood | | | ☐ GBS | | |
| ☐ Toxicology | | | ☐ | | |

Admitting Signature [signature] Date/Time 6/14 Examiner Signature [signature] Date/Time 6/18/05

Duplication of this form is strictly prohibited by law. © 2001 Briggs Corporation. All rights reserved.

Briggs Corporation

NORWEGIAN AMERICAN HOSPITAL
NO 1531787 OBS 03/15/87
GUZMAN, MAYRA F 18
M319371 06/14/05 IR 1 IDPA
PEZKER,
PEZKER,

# Obstetric Admitting Record

Maternal/Newborn Record System

To order call: 1.800.245.4080

Page 2 of 2 Re-order No. 5710N

## Significant Prenatal Data

Prenatal Records Available on Admission ☐ No ☐ Yes Source

First Visit by 13 Wks ☑ Yes ☐ No

Regular Care ☐ Yes ☐ No

Prenatal Classes ☐ Yes ☑ No

Pediatric Provider

General Health ☐ Healthy

☐ Functional Deficit (Type )

☐ Recent Exposure to Communicable Disease Type/Date denie / /

☐ Illness (Less than or equal to 14 days prior to admission) Type/Treatment denie

☐ Chronic Condition Type denie

Immunizations ☐ Influenza ☐ Pneumonia ☐ Tetanus ☐ Hepatitis ☐ Other

Nutritional Status ☐ Well-nourished ☐ Malnourished ☐ Obese

Plan to Breast Feed ☑ Yes ☐ No

☐ Special Diet

Eating Disorder ☐ None ☐ Identify

Nutritional Problems ☐ None ☐ Identify

### Lab Findings

☐ None

Blood Type & Rh

Rubella Titer

Serology

HBsAg

HIV

GBS

### Fetal Assessment Tests

☐ None

| Date | Test | Result |
| --- | --- | --- |
| / | | |
| / | | |
| / | | |
| / | | |
| / | | |

### Problems Identified ☐ None

| | Active | Resolved |
| --- | --- | --- |
| 1. | ☐ | ☐ |
| 2. | ☐ | ☐ |
| 3. | ☐ | ☐ |
| 4. | ☐ | ☐ |

Hospitalizations ☐ None

1. / / Reason
2. / / Reason

### Plans for Birth and Hospital Stay ☐ Birth Plan Attached

Support Person Present in L&D ☐ No ☑ Yes

Other Family Members in L&D ☑ No ☐ Yes

Anesthesia ☐ None ☐ Local ☐ Epidural ☐ Spinal ☐ General

Delivery Site/Position

Personal Requests

Adoption ☑ No ☐ Yes Contact with Infant ☐ No ☐ Yes

Adoption Contact

Feeding Preference ☐ Breast ☐ Bottle

☐ Tubal Ligation Authorization Signed ☐ Yes ☑ No

☐ Circumcision Authorization Signed ☐ Yes ☐ No

## Psychosocial Data ☐ See Prenatal Records

Emotional Status ☐ Happy ☐ Ambivalent ☐ Concerned ☐ Depressed ☐ Angry ☐ Other

Communication Barriers ☐ None ☑ Language ☐ Interpreter Eng/Sp
☐ Vision ☐ Reading ☐ Writing ☐ Hearing ☐ Speech ☐ Other

Support System

Marital Status: S (M) Sep D W Father involved ☐ Yes ☐ No

Other Support ☐ None ☐

Occupation Education

Religion ☐ N/A ☐

Personal/Cultural/Religious Customs Affecting Care and/or Learning ☐ None ☐ Identify

| Basic Needs Met | Yes | No | If No, Explain |
| --- | --- | --- | --- |
| Food | ☑ | ☐ | |
| Clothing | ☑ | ☐ | |
| Housing | ☑ | ☐ | |
| Transportation | ☑ | ☐ | |
| Finances | ☑ | ☐ | |

| Life Stress | No | Yes | If Yes, Explain |
| --- | --- | --- | --- |
| Physical Abuse | ☑ | ☐ | |
| Emotional Abuse | ☐ | ☐ | |

| Life Stress (Cont.) | No | Yes | If Yes, Explain |
| --- | --- | --- | --- |
| Major Change | ☑ | ☐ | |
| Self Care Needs | ☑ | ☐ | |
| Serious Illness | ☑ | ☐ | |
| Other | ☐ | ☐ | |

| Substance Use | No | Yes | If Yes, amt/day, last use |
| --- | --- | --- | --- |
| Tobacco | ☑ | ☐ | |
| Alcohol | ☑ | ☐ | |
| Prescribed Drugs | ☑ | ☐ | |
| Illicit Drugs | ☑ | ☐ | |

| Educational Needs | Mother | Support Person | Comments |
| --- | --- | --- | --- |
| Stages/Phases of Labor | ☑ | ☐ | |
| Coping Techniques | ☑ | ☐ | |
| Infant Feeding | ☑ | ☐ | |
| Infant Care | ☑ | ☐ | |
| | ☐ | ☐ | |

| Preferred Learning Methods | Yes | No |
| --- | --- | --- |
| One-on-One Instruction | ☑ | ☐ |
| Group Instruction | ☑ | ☐ |
| Written Information | ☑ | ☐ |
| Audio/Visual Information | ☑ | ☐ |
| Demonstration/Practice | ☑ | ☐ |
| Other | ☐ | ☐ |

## Discharge Planning Data

Planned Length of Stay Days

| Home Setting | Yes | No |
| --- | --- | --- |
| Heat, running water, refrigeration | ☐ | ☐ |
| Infant Care Supplies/Car Seat | ☐ | ☐ |
| Phone in home | ☐ | ☐ |
| Transportation available | ☐ | ☐ |
| Adult assistance available | ☐ | ☐ |

Referrals

☐ RN Case Manager ☐ Utilization Review ☐ Other
☐ Home Care RN ☐ Social Service
☐ Nutritionist/Dietician ☐ Pediatric Provider

MD/CNM notified by [signature] Date 6/14/05 Time 1630

Admitting Signature [signature] Date 6/14/05 Time 1530

9

Briggs

# Labor Progress Chart

Maternal/Newborn Record System

To order call: 1.800.245.4080 Re-order No. 5711N

NORWEGIAN AMERICAN HOSPITAL
NC11531787 OBS 03/15/?7
GUZMAN, MAYRA F 1?
M349371 06/14/05 TR 1 1DPA
LIPEZKER,
LIPEZKER,

## Progress Notes

| Time | Year 2005 |
| --- | --- |
| [illegible] | [illegible] |
| 2340 | [illegible] |
| [illegible] | [illegible] |
| 0027 | Dr. [illegible] [illegible] |
| 0107 | pt sleeping [illegible] |
| 0110 | [illegible] |
| 0200 | [illegible] accels [illegible] 150 to 158 bpm [illegible] uterine irritability noted [illegible] |
| 0300 | [illegible] |
| 3:24 | [illegible] — [illegible] |
| [illegible] | [illegible] — [illegible] |
| 4:00 | no [illegible] noted pt. sleeping [illegible] — [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| 30 | Report received from [illegible] [illegible] Pt's husband [illegible] has not complained [illegible] not painful [illegible] |
| 90 | [illegible] no [illegible] |

**PRE-PROCEDURE CHECKLIST**

*(Check all that apply)*

- ☐ History & Physical
- ☐ Prenatal Records
- ☐ X-rays and Ultrasounds
- ☐ Consents
- ☐ Patient ID
- ☐ Site ID / Verification
- ☐ Other ____________

Timeout ____________

1N © 2001 Briggs Corporation, Des Moines, IA 50306
To order, phone (800) 245-4080 www.BriggsCorp.com PRINTED IN U.S.A.

Duplication of this form is strictly prohibited by law. © 2001 Briggs Corporation. All rights reserved.

Briggs CORPORATION

# Labor Progress Chart

Maternal/Newborn Record System

To order call: 1.800.245.4080 Re-order No. 5711N

NORWEGIAN AMERICAN HOSPITAL
N011531787 OBS 03/15
GUZMAN, MAYRA F
M349371 06/14/05 TR 1
LIPEZKER,
LIPEZKER,

| Admit Date | Admit Time | Blood Type and Rh | Age | G | T | Pt | A | L | EDD / LMP | Membranes |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/14/05 | 1940 | | 14 | 1 | 0 | 0 | 0 | 0 | EDD 8/16/05 LMP 10/29/04 | ☑ Intact ☐ Bulging ☐ Ruptured SROM AROM Date __/__/__ Time ____ |

| Current Date 06/14/05 | Time → | 2300 | | | | 0000 | | | | 0100 | | | | 0200 | | | | 0300 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vital Signs | Temperature | | | 97.7 | | | | | | | | | | | | | | | |
| | Pulse | | | 94 | | | | | | | | | | | | | | | |
| | Respiration | | | 20 | | | | | | | | | | | | | | | |
| | $O_2$ Saturation | | | – | | | | | | | | | | | | | | | |
| | Blood Pressure | | | 94/44 | | | | | | | | | | | | | | | |
| Maternal | Deep Tendon Reflexes (L/R) | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / |
| | Urine (Protein/Sugar) | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / |
| | Vaginal Bleeding | | | a | | a | | | | l | | | | a | | | | l | |
| | Pain | | | a | | a | | | | a | | | | a | | | | a | |
| | Edema (site, extent) | | | | | | | | | | | | | | | | | | |
| Uterine Activity | Monitor Mode | E | | E | | E | | E | | E | | E | | E | | E | | E | |
| | Alarms On and Audible | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | |
| | Frequency | | [illegible] | none | [illegible] | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | |
| | Duration | | [illegible] | | [illegible] | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | |
| | Peak IUP | | | | | | | | | | | | | | | | | | |
| | Resting Tone | | [illegible] | | [illegible] | [illegible] | | [illegible] | | [illegible] | | | | | | | | | |
| | Intensity | | mild | | [illegible] | [illegible] | | [illegible] | | [illegible] | | | | | | | | | |
| Fetal Assessment | Monitor Mode (Strip #____) | E | | E | | E | | E | | E | | E | | E | | E | | E | |
| | Alarms On and Audible | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | |
| | Baseline (FHR) | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | | 125 | | 125 | | 125 | | 125 | |
| | STV | | | | | | | | | | | | | | | | | | |
| | LTV | | avg | avg | avg | avg | | avg | | avg | | avg | | avg | | avg | | avg | |
| | Accelerations | | + | + | + | + | | + | | + | | + | | + | | + | | + | |
| | Decelerations | | N | N | N | N | | N | | N | | N | | N | | N | | N | |
| | Duration | | I | — | — | I | | I | | I | | I | | I | | I | | I | |
| | Membranes/Fluid | | | | | | | | | | | | | | | | | | |
| | Scalp pH | | | | | | | | | | | | | | | | | | |
| Intake/Output (milliliters per hour) | IV | 125 cc/hr | | | | 125 cc/hr | | | | 125 cc/hr | | | | 125 cc/hr | | | | 125 cc/hr | |
| | PO | | | | | | | | | | | | | | | | | | |
| | Urine | | | | | | | | | | | | | | | | | | |
| | Emesis | | | | | | | | | | | | | | | | | | |
| Cont. Meds | Pitocin milliunits per minute | | | | | | | | | | | | | | | | | | |
| | Magnesium sulfate grams per hour | | | | | | | | | | | | | | | | | | |
| Intervention | Treatments | | | | | | | | | | | | | | | | | | |
| | Teaching/Support | | [illegible] | [illegible] | | | | | | | | | | | | | | | |
| | Touch | | | | | | | | | | | | | | | | | | |
| | Position/Activity | | [illegible] | [illegible] | | [illegible] | [illegible] | | | [illegible] | | | | [illegible] | | | | [illegible] | |
| | Physical Care | | | | | | | | | | | | | | | | | | |
| | Initials | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | |

**Abbreviations/Key**

| Deep Tendon Reflexes | Vaginal Bleeding | Pain | Uterine Activity Monitor Mode | MVU: Montevideo Units | Fetal Monitor Mode | STV: Short Term Variability |
|---|---|---|---|---|---|---|
| 0 = No Response<br>+1 = Sluggish<br>+2 = Normal<br>+3 = Hyperactive<br>+4 = Brisk + Hyperactive<br>C = Clonus | NS = Normal Show<br>ABN = Frank Vaginal Bleeding | 0 = No Pain<br>5 = Distressing Pain<br>10 = Highest Intensity | P = Palpation<br>E = External<br>I = Internal | The sum of the peak of each uterine contraction minus its resting tone, in a 10 minute period. | A = Auscultation (Fetoscope)<br>D = Doppler<br>E = External<br>I = Internal | + = Present (Roughness of Tracing Line Present)<br>0 = Absent (Tracing Line Is Smooth)<br>LTV: Long Term Variability<br>0 = 0 - 2 BPM = Absent<br>↓ = 3 - 5 BPM = Minimal<br>+ = 6-25 BPM = Average<br>↑ = greater than 25 BPM = Marked |

11

Briggs Corporation

N011531787 OBS 03/15/07
GUZMAN, MAYRA F 18
M349371 06/14/05 TR 1 IDPA
LIPEZKER,
LIPEZKER,

# Labor Progress Chart

Maternal/Newborn Record System

To order call: 1.800.245.4080 Re-order No. 5711N

Current Date 06 / 15 / 05

Allergy/Sensitivity ☒ None ☐ Latex ☐ Other

Chart 1 of

| 0400 | 0500 | 0600 | 0700 | 0800 |
|---|---|---|---|---|
| | | | | 98.2 / 72 / 18 / 100/60 |
| 140 | 130 | 130 | 140 | 140 |
| ave | ave | avg | ave | adequate |
| | | | not rec. | |
| I | I | I | I | I |

Accelerations: ++ = 15 BPM x 15 sec; + = less than 15 BPM x less than 15 sec; 0 = None. Decelerations: N = None, L = Late, E = Early, P = Prolonged, V = Variable

Membranes: I = Intact, B = Bulging, R = Ruptured. Fluid: C = Clear, M = Meconium Stained, B = Bloody, F = Foul Odor, NF = No Foul Odor

Treatments: O2 = O2 L/min, IVB = IV Bolus, SC = Straight Catheterization, FC = Foley Catheterization, ABD = Abdominal Hair Removal

Teaching/Support: O = Orient to Unit, SR = Safety Review, LR = Labor Review, F = Focusing, BRT = Breathing/Relaxation Techniques, PrO = PreOp.

Touch: E = Effleurage, B = Backrub, CP = Counterpressure, M = Massage

Position/Activity: W = Walking, C = Chair, SQ = Squatting, JH = Jet Hydrotherapy, SH = Shower, K = Kneeling, LS = Left Side, RS = Right Side, KC = Knee Chest, T = Trendelenburg

Physical Care: MC = Mouth Care, SC = Superficial Cold, SH = Superficial Heat, PC = Peri Care, BP = Bedpan

Form 5711N © 2001 Briggs Corporation, Des Moines, IA 50306. To order, phone (800) 245-4080 www.BriggsCorp.com PRINTED IN U.S.A.

LABOR PROGRESS CHART

Duplication of this form is strictly prohibited by law. © 2001 Briggs Corporation. All rights reserved.

Briggs CORPORATION

# Labor Progress Chart

Maternal/Newborn Record System

To order call: 1.800.245.4080 Re-order No. 5711N

GUZMAN, MAYRA
M349371 06/14/05
LIPEZKER,
LIPEZKER,

| TIME → | | |
|---|---|---|
| Mark X / ● | Station | Dilatation |
| | | 10 |
| | -4 | 9 |
| | -3 | 8 |
| | -2 | 7 |
| | -1 | 6 |
| | 0 | 5 |
| | +1 | 4 |
| | +2 | 3 |
| | +3 | 2 |
| Effacement % and/or position | | |
| Examined by: | | |

COMPOSITE NORMAL DILATATION CURVES

COMPOSITE CURVES OF ABNORMAL LABOR PROGRESS—MULTIPAROUS

Labor Progress Curves derived from the work of Emanuel A. Friedman, M.D.

## IV Record

| Start Date | Time | Site | Solution | Amount (mL's) | Medication/Dose Added | Initials | Infused Date | Time | Amount Infused |
|---|---|---|---|---|---|---|---|---|---|
| | | [handwritten, illegible] | | | | | | | |

## Interval Medications

| Date Time | Medication/Dose | Route | Site | Initials |
|---|---|---|---|---|
| | [handwritten, illegible] | | | |

## Signature Key

| Initials | Signature |
|---|---|
| [handwritten] | [handwritten] |
| [handwritten] | [handwritten] |

13

Briggs

# Labor Progress Chart

Maternal/Newborn Record System

To order call: 1.800.245.4080 Re-order No. 5711N

NORWEGIAN AMERICAN HOSPITAL
N011531787 OBS 037
GUZMAN, MAYE[illegible]
349371 06/14/03 TR 1
LIPEZKER,
LIPEZKER,

**Progress Notes**

| Time | Year |
|---|---|
| | [illegible handwritten notes] |

PRE-PROCEDURE CHECKLIST
*(Check all that apply)*

- ☐ History & Physical
- ☐ Prenatal Records
- ☐ X-rays and Ultrasounds
- ☐ Consents
- ☐ Patient ID
- ☐ Site ID / Verification
- ☐ Other________

Timeout________

14

11N © 2001 Briggs Corporation, Des Moines, IA 50306

LABOR PROGRESS CHART

Duplication of this form is strictly prohibited by law. © 2001 Briggs Corporation. All rights reserved.

Briggs CORPORATION

# Labor Progress Chart

Maternal/Newborn Record System

To order call: 1.800.245.4080

Re-order No. 5711N

NORWEGIAN AMERICAN HOSPITAL

| Admit Date | Admit Time | Blood Type and Rh | Age | G | T | Pt | A | L |
|---|---|---|---|---|---|---|---|---|
| 6 15 2005 | | | 18 | 1 | 0 | 0 | 0 | 0 |

EDC / LMP — Membranes: ☐ Intact ☐ Ruptured SROM ARC ☐ Bulging Date / / Time

| Current Date / / | Time → | 0900 | | | | 1000 | | 1020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vital Signs | Temperature | | | | | | | | | | | | | | | | | | |
| | Pulse | | | | | | | 98.4 | | | | | | | | | | | |
| | Respiration | | | | | 76 | | | | | | | | | | | | | |
| | $O_2$ Saturation | | | | | 18 | | | | | | | | | | | | | |
| | Blood Pressure | | | | | 164/67 | | | | | | | | | | | | | |
| Maternal | Deep Tendon Reflexes (L/R) | / | / | / | / | / | | | | | | | | | | | | | |
| | Urine (Protein/Sugar) | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / |
| | Vaginal Bleeding | 0 | | | | / | / | / | / | / | / | / | / | / | / | / | / | / | / |
| | Pain | 0 | | | | 0 | | | | 0 | | | | | | | | | |
| | Edema (site, extent) | 0 | | | | 0 | | | | 0 | | | | | | | | | |
| Uterine Activity | Monitor Mode | E | | | | G | | | | I | | | | | | | | | |
| | Alarms On and Audible | ✓ | | | | ✓ | | | | ✓ | | | | | | | | | |
| | Frequency | 0 | | 0 | | | | | | | | | | | | | | | |
| | Duration | | | | | irr. | | irr. | | irr. | | | | | | | | | |
| | Peak IUP | | | | | 1045 | | 104 | | 104 | | | | | | | | | |
| | Resting Tone | S | | S | | S | | S | | S | | | | | | | | | |
| | Intensity | | | | | | | | | | | | | | | | | | |
| Fetal Assessment | Monitor Mode (Strip # ) | E | | | | G | | | | | | | | | | | | | |
| | Alarms On and Audible | ✓ | | | | ✓ | | | | | | | | | | | | | |
| | Baseline (FHR) | 120 | | 130 | | 130 | | 130 | | 130 | | | | | | | | | |
| | STV | 6R | | 10 | | 13 | | 13 | | 13 | | | | | | | | | |
| | LTV | adequ | | | | | | | | | DIC | | | | | | | | |
| | Accelerations | | | | | + | | + | | + | | | | | | | | | |
| | Decelerations | | | | | + | | + | | + | | | | | | | | | |
| | Duration | | | | | N | | N | | N | | | | | | | | | |
| | Membranes/Fluid | ✓ | | | | I | | I | | I | | | | | | | | | |
| | Scalp pH | I | | | | I | | | | I | | | | | | | | | |
| Intake/Output (milliliters per hour) | IV | 125cc | | | | 125cc | | | | 125cc | | | | | | | | | |
| | PO | | | | | | | | | | | | | | | | | | |
| | Urine | | | | | | | | | | DIC | | | | | | | | |
| | Emesis | | | | | | | | | | | | | | | | | | |
| Cont Meds | Pitocin milliunits per minute | | | | | | | | | | | | | | | | | | |
| | Magnesium sulfate grams per hour | | | | | | | | | | | | | | | | | | |
| Intervention | Treatments | | | | | | | | | | | | | | | | | | |
| | Teaching/Support | SK | | | | SN | | | | SN | | | | | | | | | |
| | Touch | | | | | | | | | | | | | | | | | | |
| | Position/Activity | HF | | | | HF | | | | HF | | | | | | | | | |
| | Physical Care | bathe | | | | toilets | | | | | | | | | | | | | |
| Initials | | M | | CM | | M | | | | M | | | | | | | | | |

**Abbreviations Key**

Deep Tendon Reflexes: 0 = No Response; +1 = Sluggish; +2 = Normal; +3 = Hyperactive; +4 = Brisk + Hyperactive; C = Clonus

Vaginal Bleeding: NS = Normal Show; ABN = Frank Vaginal Bleeding

Pain: 0 = No Pain; 5 = Distressing Pain; 10 = Highest Intensity

Uterine Activity Monitor Mode: P = Palpation; E = External; I = Internal

MVUs Montevideo Units: The sum of the peak of each uterine contraction minus its resting tone, in a 10 minute period.

Fetal Monitor Mode: A = Auscultation (Fetoscope); D = Doppler; E = External; I = Internal

STV Short Term Variability: + = Present (Roughness of Tracing Line Present); ø = Absent (Tracing Line is Smooth)

LTV Long Term Variability: # = 0 - 2 BPM = Absent; 1 = 3 - 5 BPM = Minimal; 2 = 6-25 BPM = Average; 3 = greater than 25 BPM = Marked

Form 5711N © 2001 Briggs Corporation, Des Moines, IA 50306. To order, phone (800) 245-4080 www.BriggsCorp.com PRINTED IN U.S.A.

LABOR PROGRESS CHART

Duplication of this form is strictly prohibited by law. © 1996 Briggs Corporation. All rights reserved.

Briggs CORPORATION

# Progress Notes

Maternal/Newborn Record System Page of

To order call: 1.800.245.4080 Re-order No. 5723N

NORWEGIAN AMERICAN HOSPITAL
W011531787 OBS 03/1?/?7
GUZMAN, MAYRA F 15
M349371 06/14/05 TR 1 IGPA
LIPEZKER,
LIPEZKER,

| Date | Time | Year 2005 Sign All Notes |
|---|---|---|
| 6/14 | 1830 | Received from ultra sound. Put to Rm (8-1) EFM explained + applied. Pt. denies feeling u/c. FHR BL baseline [illegible] |
| | 1900 | FHR 148. Baseline u/c Irregular ⊕ accel ⊖ decel Dr. Golden notified to see pt. [illegible] |
| | 2000 | Waiting lab result [illegible] |
| | 2100 | [illegible] ⊕ [illegible] ⊖ K-B-K ⊖ Dr. Golden notified |
| | 2130 | Dr. Golden [illegible] [illegible] |
| | [illegible] | Blood drawn CBC, Type + screen, [illegible] profile IV LR 1000 started ⓛ hand # 18 angiocath, [illegible] [illegible] SQ [illegible] Bp 86/38 - Pulse 58-70 [illegible] |
| | 2215 | Bp 77/39 Pulse 54. [illegible] FHR 143. Noted X1 u/contraction |
| | 2230 | Bp 97/44 - P 64 FHR 141 [illegible] [illegible] |
| | 2300 | [illegible] to [illegible]. [illegible] |

Form 5723N © 1996 Briggs Corporation, Des Moines, IA 50306

Duplication of this form is strictly prohibited by law. © 1996 Briggs Corporation. All rights reserved.

Briggs Corporation

# Progress Notes

Maternal/Newborn Record System Page of

To order call: 1.800.245.4080 Re-order No. 5723N

Guzman, [illegible]

NORWEGIAN AMERICAN HOSPITAL
N011531787 OBS 03/15/[illegible]
GUZMAN, MAYRA
[illegible]349371 06/14/05 TR 1 [illegible]
LIPEZKER, [illegible]

| Date | Time | Year 05 Sign All Notes |
|---|---|---|
| 6/14 | 1030 | [illegible] EDC 8/16/05 came in c the chief complaint of lower abd. pain. Fetal monitoring explained & understood. [illegible] |
| | 1600 | Dr. [illegible] here to assess pt. Dr. Lipezker notified of pt. [illegible] of labor & admitted [illegible]. [illegible] for [illegible]. Specimen sent to lab for FFN & [illegible]. |
| 6/14 | [illegible] | Ordered for OB Ultrasound. [illegible] |
| | 1720 | [illegible] noted [illegible] |
| | [illegible] | OB U/S done. [illegible] |

Form 5723N © 1996 Briggs Corporation, Des Moines, IA 50306

DATE ROOM NUMBER

NAME

NORWEGIAN AMERICAN HOSPITAL

HOSPITAL NUMBER 87 CBS 03/15/87

GUZMAN, MAYRA F 18

BIRTH DATE 71 06/14/05 SEX R 1 IUPA

LIPEZKER,

PHYSICIAN ZKER,

**NORWEGIAN AMERICAN HOSPITAL, INC.**
1044 N. Francisco Ave. - Chicago, IL 60622-2743

## PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|---|---|
| | AGE 18 GRAV 1 PARA 0 TERM PREM AB LIVING |
| | LMP 10/27 SURE? yes EDC/ DATES 8/16 EDC/ US |
| | WEEKS BY DATES 30 5/7 WEEKS BY US PREGNANCY PLANNED? |
| | PRENATAL CARE BY Dr Lipezker AT SINCE |
| | ARE PRENATAL RECORDS AVAILABLE ON ADMISSION? NO |
| | CHIEF COMPLAINT (S): (See back) abdominal trauma |
| | REVIEW OF SYSTEMS: Ø |
| | PAST MEDICAL HX: Ø MEDS: Vit |
| | ALLERGIES: none SURGERIES/INJURIES Ø |
| | OB HX /RISK FACTORS: Ø |
| | SOCIAL HX SINGLE MARRIED LIVES WITH B'F BABY'S FATHER: |
| | SMOKING? ALCOHOL? COCAINE? MARIHUANA? HEROINE? OTHER? Ø |
| FAM. | HX OF DIABETES ? O HTN? O CONG. ANOMALIES? O CEREB. PALSY? O LRN DIS? O |
| PE | WEIGHT TEMP B.P / DTR EDEMA PROT. URINE |
| | CONTRACTIONS? (Y) N FREQUENCY DURATION INTENSITY |
| | FUNDAL HEIGHT 30 CMS ESTIMATED FETAL WEIGHT LBS |
| | CERVIX: DILATION closed EFFACEMENT [illegible] CONSISTENCY [illegible] POSITION |
| | PRESENTATION [illegible] STATION CONDITION OF MEMBRANES: |
| | AMNIOTIC FLUID? NA CLEAR BLOODY MECONIUM FOUL ODOR? |
| | FHR BASELINE 130's BTB VARIABILITY average ACCELS: |
| | DECELERATIONS? TYPE none GRADE/INTENSITY FREQUENCY |
| | ASSESSMENT: 30 5/7 / abdominal trauma / [illegible] contractions |
| | ATT. PHYSICIAN DR. Lipezker NOTIFIED HOME OFFICE BEEPER AT |

| DATE | PROGRESS NOTES |
|---|---|
| 6/14/05 | Patient came c/o of the following history: Pt says she was |
| | at home at about 11 Am when according to pt three |
| | police member entered into her house and forced her to |
| | lie down in the floor with face down & forced her to stay in that |
| | position for 2-3 minutes. After that she was allow |
| | to seat on a chair. Pt c/o of pain on lower abdomen |
| | since the time she was forced in the floor. |
| | Patient [illegible] [illegible] [illegible] |
| | Tenderness on (R) [illegible] |
| | [illegible] no bruises noted |
| | FHR OK |
| | [illegible] [illegible] noted |
| | Dr [illegible] notified - [illegible] [signature] |
| 6/14/05 2100: | Abd soft non tender |
| | slight [illegible] [illegible] |
| | Note Pt had [illegible] in the last |
| | 24 hrs |
| | [signature] |
| 6/15/05 11:05 AM | [illegible] [illegible] [illegible] [illegible] [illegible] |
| | [illegible]. |
| | [signature] |

PROGRESS NOTES

GUZMAN,MAYRA
LIPEZKER,ENRIQUE 18 F
N011531787
M349371 TR-1

CHECK EACH ORDER TO BE FILLED BY PHARMACY

**NORWEGIAN AMERICAN HOSPITAL**
**CHICAGO, IL 60622**

PHYSICIAN'S ORDERS ORDMD

**1**

DATE 6/14/05 TIME 4:20 pm

DIAGNOSIS:

ALLERGY:

ACTIVITY:

EFM
Fenning
FFN
Fetal RBC on maternal blood (Kleihauer-Betke)
GBS

AUTHENTICATION OF VERBAL OR TELEPHONE ORDERS
DATE TIME PHYSICIAN NURSE

DATE ROOM
NORWEGIAN AMERICAN HOSPITAL
NAME N011526662 OBS
RAMIREZ,MARLENI
HOSP. NO. M3...539 06/12/05 533 01 IDPA
CLARIDAD,
PHYSICIAN CLARIDAD,

Stamped in error

CHART COPY

**2**

DATE 6/14/05 TIME

Admit
Complete OB ultrasound, evaluate placenta Tx...

VO Dr Lipezker

AUTHENTICATION OF VERBAL OR TELEPHONE ORDERS
DATE TIME PHYSICIAN NURSE

DATE ROOM
NORWEGIAN AMERICAN HOSPITAL 03/15/87
NAME N011531787 OBS F 18
GUZMAN,MAYRA
HOSP. NO. M349371 06/14/05 TR 1 IDPA
LIPEZKER,
PHYSICIAN LIPEZKER,

FETAL MONITOR STRIP REC'D

CHART COPY

**3**

DATE 6/14/05 TIME 2100

1) CBC,
2) Type & ..., ... prophyl...
3) 1000 L/R Bolus
4) Terbutaline 0.25 ... subcutaneous

AUTHENTICATION OF VERBAL OR TELEPHONE ORDERS
DATE TIME PHYSICIAN NURSE

DATE ROOM
NAME
NORWEGIAN AMERICAN HOSPITAL 03/15/87
HOSP. NO. N011531787 OBS F 18
GUZMAN,MAYRA
M349371 PHYSICIAN 06/14/05 TR 1 IDPA
LIPEZKER,
LIPEZKER,

FETAL MONITOR STRIP REC'D

CHART COPY

CK EACH ORDER TO BE FILLED BY PHARMACY

**NORWEGIAN AMERICAN HOSPITAL**
**CHICAGO, IL 60622**

PHYSICIAN'S ORDERS ORDMD

DATE 6-15-2005 TIME 1045 — 1

DIAGNOSIS:

ALLERGY: NKDA

ACTIVITY:

Discharge Pt home.
If no c.S. cervical dilatation
Pt re to return for NST + BPP
on this Saturday
Ph. D. Lipezker / [illegible]

HENTICATION OF VERBAL OR EPHONE ORDERS

TIME | PHYSICIAN | NURSE [signature]

DATE | ROOM

NORWEGIAN AMERICAN HOSPITAL
NO11531787 OBS 03/15/?7
GUZMAN, MAYRA F 18
M349371 06/14/05 TR 1 IDPA
LIPEZKER,
LIPEZKER,

CHART COPY

DATE | TIME | 2

HENTICATION OF VERBAL OR EPHONE ORDERS

TIME | PHYSICIAN | NURSE

DATE | ROOM

NORWEGIAN AMERICAN HOSPITAL
NO11531787 OBS 03/15/?7
GUZMAN, MAYRA F 18
M349371 06/14/05 TR 1 IDPA
LIPEZKER,
LIPEZKER,

CHART COPY

DATE | TIME | 3

HENTICATION OF VERBAL OR EPHONE ORDERS

TIME | PHYSICIAN | NURSE

DATE | ROOM

NORWEGIAN AMERICAN HOSPITAL
NO11531787 OBS 03/15/?7
GUZMAN, MAYRA F 18
M349371 06/14/05 TR 1 IDPA
LIPEZKER,
LIPEZKER,

CHART COPY

UN DATE: 06/14/05 Norwegian American Hosp Lab/Mic LIVE** PAGE 1
ON TIME: 22_ Sta Broadcast
UN USER: LABBKGJOB

AME: [redacted] ACCT#: N011531787 LOC: LD
TT DOC: LIPEZKER,ENRIQUE AGE/SEX: 18/F ROOM/BED: LD8-1
RD DOC: DOB: 03/15/87 STATUS: ADM IN

pecimen: 0614:H00150S Collected: 06/14/05-2201 Status: COMP Req#: 01653841
Received: 06/14/05-2217 Subm Dr: LIPEZKER,ENRIQUE

rdered: CBC
omments: How Ordered: WRITTEN

| Test | Result | Flag | Reference |
|---|---|---|---|
| CBC | | | |
| WBC | 10.0 | | 5.5-12.5 K/CMM |
| RBC | 4.57 | | 4.2-5.4 M/CMM |
| HGB | 13.1 | | 11.5-15.0 G/DL |
| HCT | 40.2 | | 34-45 % |
| MCV | 87.9 | | 82-95 FL |
| MCH | 28.6 | | 27-34 PG |
| MCHC | 32.5 | L | 33-36 G/DL |
| RDW | 15.1 | H | 11.5-14.5 % |
| PLT COUNT | 247 | | 150-400 K/CMM |
| MPV | 8.7 | | 7.4-10.4 FL |
| AUTO DIFF | | | |
| LYMPH% | 16.6 | L | 20-45 % |
| MONO% | 2.9 | | 2-10 % |
| GRAN% | 79.9 | H | 46-75 % |
| EOS% | 0.2 | | 0-4 % |
| BASO% | 0.4 | | 0-2.0 % |
| ABS LYM | 1.7 | | 1.2-3.5 K/CMM |
| ABS MONO | 0.3 | | 0.2-1.0 K/CMM |
| ABS GRAN | 8.0 | H | 2.3-7.5 K/CMM |
| ABS EOS | 0.0 | | 0-0.3 K/CMM |
| ABS BASO | 0.0 | | 0.0-0.25 K/CMM |

Patient: GUZMAN,MAYRA Age/Sex: 18/F Acct#N011531787 Unit#M349371

RUN DATE: 06/14/05 Norwegian American Hosp Lab/Mic LIVE** PAGE 1
RUN TIME: 22
RUN USER: LABBKGJOB

Sta Broadcast

NAME: [redacted] ACCT#: N011531787 LOC: LD
ATT DOC: LIPEZKER,ENRIQUE AGE/SEX: 18/F ROOM/BED: LD8-1
ORD DOC: DOB: 03/15/87 STATUS: ADM IN

**Specimen:** 0614:K00044S **Collected:** 06/14/05-2201 **Status:** COMP **Req#:** 01653841
**Received:** 06/14/05-2217 **Subm Dr:** LIPEZKER,ENRIQUE

**Ordered:** PT, APTT
**Comments:** How Ordered: WRITTEN

| Test | Result | Flag | Reference |
|---|---|---|---|
| PT | | | |
| PT | 11.9 | | 10.2-14.2 SEC |
| INR | 1.0 | | |
| | *INR Therapeutic Range:* | | |
| | *2.0 - 3.0* | | |
| APTT | 27 | | 19.0-38.0 SEC |

Patient: GUZMAN,MAYRA Age/Sex: 18/F Acct#N011531787 Unit#M349371

RUN DATE: 06/1 05 Norwegian America Hosp Lab/Mic LIVE** PAGE 1
RUN TIME: 2036 Stat Broadcast
RUN USER: LABBKGJOB

NAME: [redacted] ACCT#: N011531787 LOC: LD
ATT DOC: LIPEZKER,ENRIQUE AGE/SEX: 18/F ROOM/BED: LD8-1
ORD DOC: DOB: 03/15/87 STATUS: ADM IN

**Specimen:** 0614:BB000193 **Collected:** 06/14/05-1713 **Status:** COMP **Req#:** 01653778
**Received:** 06/14/05-1850 **Subm Dr:** LIPEZKER,ENRIQUE

**Ordered:** FETAL CELLS,QN
**Comments:** How Ordered: WRITTEN

| Test | Result | Flag | Reference |
|---|---|---|---|
| *FETAL CELLS,QN* | | | |
| FETAL RBCS CT | 0 | | |
| ADULT RBCS CT | 1000 | | |
| FCQ RATIO | 0.0000 | | |
| | *Type and Screen performed using Mother's blood.* | | |

Patient: GUZMAN,MAYRA Age/Sex: 18/F Acct#N011531787 Unit#M349371

24

RUN DATE: 06/1.. 05 | Norwegian Ameri Hosp Lab/Mic LIVE** | PAGE 1
RUN TIME: 1758 | Sta_ Broadcast
RUN USER: LABBKGJOB

NAME: GUZMAN,MAYRA | ACCT#: N011531787 | LOC: LD
ATT DOC: LIPEZKER,ENRIQUE | AGE/SEX: 18/F | ROOM/BED: TR-1
ORD DOC: | DOB: 03/15/87 | STATUS: ADM IN

Specimen: 0614:I000024S Collected: 06/14/05-1639 Status: COMP Req#: 01653760
Received: 06/14/05-1657 Subm Dr: LIPEZKER,ENRIQUE

Ordered: RAPID FETAL FIB
Comments: How Ordered: WRITTEN

| Test | Result | Flag | Reference |
|---|---|---|---|
| RAPID FETAL FIB | POSITIVE | | NEGATIVE |

Patient: GUZMAN,MAYRA Age/Sex: 18/F Acct#N011531787 Unit#M349371

UN DATE: 06/: 4/05
UN TIME: 1736
UN USER: LABBKGJOB

Norwegian Americ. /osp Lab/Mic LIVE**
Stat Broadcast

PAGE 1

AME: GUZMAN, MAYRA
TT DOC: LIPEZKER, ENRIQUE
RD DOC:

ACCT#: N011531787
AGE/SEX: 18/F
DOB: 03/15/87

LOC: LD
ROOM/BED: TR 1
STATUS: ADM IN

**Specimen:** 0614:U00064S **Collected:** 06/14/05-1603 **Status:** COMP **Req#:** 01653747
**Received:** 06/14/05-1657 **Subm Dr:** LIPEZKER, ENRIQUE

**Ordered:** UA
**Comments:** How Ordered: WRITTEN

| Test | Result | Flag | Reference |
|---|---|---|---|
| UA | | | |
| *URINE MACRO* | | | |
| COLOR, UA | YELLOW | | YELLOW |
| CLARITY, UA | SL HAZY | | CLEAR |
| GLUCOSE, UA | NEGATIVE | | NEGATIVE MG/DL |
| REDUC SUG, UA | NEGATIVE | | NEGATIVE |
| ACETONE, UA | SMALL (15 MG/DL) | H | NEGATIVE MG/DL |
| BLOOD, UA | NEGATIVE | | NEGATIVE |
| PROTEIN, QUAL UA | NEGATIVE | | NEGATIVE MG/DL |
| NITRITE, UA | NEGATIVE | | NEGATIVE |
| BILIRUBIN, UA | NEGATIVE | | NEGATIVE |
| SP GR, UA | 1.010 | | 1.002-1.032 |
| PH, UA | 5.0 | | 5.0-8.0 PH UNITS |
| UROBILINOGEN UA | 0.2 | | 0.2-1.0 EU/DL |
| LEUK ESTASE, UA | NEGATIVE | | NEGATIVE |
| *URINE MICRO* | | | |
| RBCS, MICROSCOPY | NONE SEEN (0) | | 0-3 /HPF |
| WBCS, MICROSCOPY | 3-5 | | 0-3 /HPF |
| SQUAM EPITH, UA | FEW (5-8) | | FEW (5-8) /LPF |
| BACTERIA, UA | MODERATE (5-10) | H | 0 /HPF |

Patient: GUZMAN, MAYRA Age/Sex: 18/F Acct#N011531787 Unit#M349371

RUN DATE: 06/[illegible]05
RUN TIME: 1720
RUN USER: LABBKGJOB

Norwegian America[illegible] Hosp Lab/Mic **LIVE**
Stat Broadcast

PAGE 1

NAME: GUZMAN,MAYRA
ATT DOC: LIPEZKER,ENRIQUE
ORD DOC:

ACCT#: N011531787
AGE/SEX: 18/F
DOB: 03/15/87

LOC: LD
ROOM/BED: TR-1
STATUS: ADM IN

**Specimen:** 05:B00081195

**Collected:** 06/14/05-1639 **Status:** COMP
**Received:** 06/14/05-1657 **Source:** CERVIX
**Subm Dr:** LIPEZKER,ENRIQUE

**Req#:** 01653761
**Sp Desc:**

**Ordered:** FERN TEST
**Comments:** How Ordered: WRITTEN

| Procedure | Result |
|---|---|
| > FERN TEST Final | |
| | NEGATIVE REFERENCE VALUE: NEGATIVE |

Pt. had intercourse before coming to hospital R

Patient: GUZMAN,MAYRA Age/Sex: 18/F Acct#N011531787 Unit#M349371

NORWEGIAN AMERICAN HOSPITAL
"...Committed to your health"
1044 N. Francisco Ave.
Chicago, IL 60622
773/292-8200

# NUTRITIONAL, FUNCTIONAL AND PSYCHOSOCIAL SCREENING

NORWEGIAN AMERICAN HOSPITAL 03/15/87
N011531787 OBS F 18
GUZMAN, ERIKA IDPA
M349371 06/14/05
LIPTZKER, LIPTZKER,

Patient Name: ____________ Medical Record Number: ____________

## I. NUTRITIONAL SCREENING

| | | | YES POINTS | SCORE |
|---|---|---|---|---|
| 1. | YES (NO) | Is the patient diagnosed with one or more of the following diagnosis: AIDS/HIV; Acute Renal Failure; Diabetic Ketoacidosis; Gestational Diabetes; Coma; Chron's Disease; Hyperemesis; Malnutrition; Malabsorption; Inflammatory Bowel Disease; New Onset Diabetes; Failure to Thrive | (3) | |
| 2. | YES (NO) | Have you lost or gained 10 lbs. or more in the last month unintentionally? | (1.5) | |
| 3. | YES (NO) | Have you experienced diarrhea, nausea, or vomiting lasting longer than 3 days in a row? | (1.5) | |
| 4. | YES (NO) | Have you experienced poor appetite for greater than 5 days? | (1.5) | |
| | | | TOTAL SCORE: | 0 |

NOTE: Please refer patient to dietitian if the total score is 3 or more. Outpatient will need a physician referral and an outpatient appointment.

## II. FUNCTIONAL SCREENING

Have you had a significant decrease in your ability to perform any of the following items in the last month?

| | | | YES POINTS | SCORE |
|---|---|---|---|---|
| *PHYSICAL THERAPY* | | | | |
| 1. | YES (NO) | Dress yourself (i.e. Put on socks/shoes, bra, shirt/pants & close zippers, fasten buttons) | (1.0) | |
| 2. | YES (NO) | Feed yourself (i.e. Prepare meals & handle utensils) | (1.0) | |
| 3. | YES (NO) | Walk or go up/down stairs (i.e. Increased dependence on a walker or cane) | (1.0) | |
| 4. | YES (NO) | Get out of bed or stand up from a chair | (1.0) | |
| 5. | YES (NO) | Maintain standing balance (i.e. History of falling in the last month) | (1.0) | |
| *SPEECH THERAPY* | | | | |
| 6. | YES (NO) | Speech, language, or cognitive function | (1.5) | |
| 7. | YES (NO) | Swallowing or Chewing function | (1.5) | |
| | | | TOTAL SCORE: | 0 |

NOTE: Please refer patient to the appropriate therapy if the total score is 3 or more in each category. A physician referral is required. Outpatient will need an outpatient appointment.

## III. PSYCHOSOCIAL ASSESSMENT

| | | | YES POINTS | SCORE |
|---|---|---|---|---|
| *ENVIRONMENT* | | | | |
| 1. | YES (NO) | Do you live alone? | (1) | |
| 2. | YES (NO) | Do you feel that your present care and support is not adequate? | (1) | |
| 3. | YES (NO) | Do you need assistance in meeting your basic hygiene, comfort, medical transportation and safety needs at home? | (2) | |
| *ABUSE AND NEGLECT* | | | | |
| 1. | YES (NO) | Do you think you are being "abused" physically, emotionally, or financially in anyway or form? | (3) | |
| *ADVANCE DIRECTIVES* | | | | |
| 1. | YES (NO) | Do you need an Advance Directive, Health Care Surrogacy, Durable POA, or Living Will services? | (3) | |
| *PSYCHOSOCIAL ASSESSMENT* | | | | |
| 1. | YES (NO) | Do you feel or have any difficulty adjusting/accepting to recent loss (i.e. function, independence or significant other)? | (1) | |
| 2. | YES (NO) | Are you feeling anxious, fearful, angry, hostile, depressed? | (2) | |
| | | | TOTAL SCORE: | 0 |

Note: Please refer client to social services/case management if the total score is 3 or more.

| SERVICE | DATE | BY |
|---|---|---|
| Social Services | | |
| Physical Therapy/Speech Therapy | | |
| Dietitian | | |
| Abuse Hotline - ELDERLY (800) 252-8986<br>CHILD (800) 252-2873 | | |

_______ Referral to additional services not indicated at this time.

[signature]
Evaluator Signature

6/14/05
Date

NAH-5391-C

NORWEGIAN AMERICAN HOSPITAL
"...Committed to your health"

1044 N. Francisco Ave.
Chicago, IL 60622

# LABOR AND DELIVERY PATIENT EDUCATION SHEET

NORWEGIAN AMERICAN HOSPITAL
03/15/87
N011531787 OBS F 18
GUZMAN, MAYRA IDPA
M349371 06/14/05 TR 1
LIPEZKER,
LIPEZKER,

Communication Deficit ☐ NO ☑ YES Explain

Patient's primary language Spanish

Translator used: ☐ Patient's visitor ☑ Hospital staff

## UNCOMPLICATED LABOR

| OUTCOME BEHAVIOR | YES | PATIENT VERBALIZED UNDERSTANDING | PATIENT RETURNED DEMONSTRATION | N/A | R.N. INITIALS |
|---|---|---|---|---|---|
| Patient informed of reason for her admission. | ✓ | ✓ | | | [initials] |
| Patient informed of physician's admission assessment. | ✓ | ✓ | | | [initials] |
| Patient informed of diagnostic procedures, lab test, etc. | ✓ | ✓ | | | [initials] |
| Purpose of fetal monitor's tocotransducer and cardio explained to patient. | ✓ | ✓ | | | [initials] |
| Labor process explained to patient. | ✓ | ✓ | | | [initials] |
| Patient informed that S.V.E.s are necessary to assess labor progress. | ✓ | ✓ | | | [initials] |
| Patient instructed on different breathing techniques appropriate for her stage of labor. | ✓ | ✓ | | | [initials] |
| Patient informed of preparation and V.S. monitoring necessary for epidural. | ✓ | ✓ | | | [initials] |
| Patient instructed on pushing techniques. | | | | | |
| Patient informed of different pain management modalities, effects and side effects. | ✓ | ✓ | | | [initials] |

## LABOR ENHANCEMENT AUGMENTATION OR INDUCTION

Patient informed of purpose, procedure, side effects, and route of administration as applicable.

☐ Walking ☐ Prostin Gel ☐ Pitocin
☐ Amniotomy ☐ Prepidil
☐ Other ______

## PRE-TERM LABOR

Patient informed of purpose, procedures, side effects, and route of medications or other pre-term labor nursing care.

☐ Complete bedrest ☐ Frequent V.S. ☐ Antibiotics
☐ Brethine P.O. ☐ IV Mg $SO_4$ ☐ Continuous EFM
☐ Brethine S.Q. ☐ Betamethasone
☐ Other ______

## PRE-ECLAMPSIA

Patient informed of purpose, procedures, side effects, and route of medications and / or other pre-eclamptic condition nursing care.

☐ Complete bedrest ☐ Frequent V.S. ☐ Foly Cathetor
☐ Quiet / dark environment ☐ Left lateral position ☐ DTR checks
☐ Limited visitors ☐ IV Mg $SO_4$ ☐ Daily weight
☐ Other ______

Patient requested to notify nursing staff if she experiences the following:

☐ Headache ☐ Right epigastric pain ☐ Increased swelling
☐ Blurred vision ☐ Other ______

NAH-5291-B

WEGIAN AMERICAN .PITAL

MULTIDISCIPLINARY PATIENT TEACHING RECORD

NORWEGIAN AMERICAN HOSPITAL
N011531787 OBS 03/15/87
GUZMAN, MAYRA F 18
M349371 06/14/05 IR LOPA
LIPEZKER
LIPEZKER

| Date | Time | Dept. | Type of Education/Describe (Code) | Learner | Barriers/ Limitations | Techniques/ Tools | Eval. | Initials |
|---|---|---|---|---|---|---|---|---|
| 6/14 | 16N | L+D | Pts. ✓ [illegible] pt - [illegible] | P | N | E | S | [illegible] |
| 6/[illegible] | 1100 | L+D | Coaach worker nourke | P+F | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**ASSESSMENT:**

## Barriers/Limitations Affecting Learning

| | | | |
|---|---|---|---|
| None | N | Culture/Religion | CR |
| Fatigue or Pain | F/P | Physical Impairment | PI |
| Communication Problem | CP | Level of Education | LE |
| Cognitive or Sensory Impairment | CI/SI | Lack of Motivation | LOM |
| | | Others: ________ | |

## Type of Education Provided

| | | | |
|---|---|---|---|
| Safe/Effective Use of | | Community Resources | CR |
| ➢ Medications | M | Discharge Instruction | DI |
| ➢ Equipment | E | | |
| Diet/Nutrition | D/N | | |
| Rehab Techniques | R | Others: ________ | |

**KEY:**

## Teaching Tools / Techniques:

| | | | |
|---|---|---|---|
| Demonstration | D | Videotape or filmstrip | V |
| Explanation | E | Physical Model | P |
| Role-playing | R | Written Materials | W |

## Learner:

| | | | |
|---|---|---|---|
| Patient | P | Daughter/Son | DS |
| Spouse | S | Support Person | SP |
| Mother/Father | MF | | |

**EVALUATION:**

| | | | |
|---|---|---|---|
| States understanding | S | Passes Written Test | T |
| Demonstrates understanding without assistance | D | No Indication of Learning has occurred (explain on narrative) | N |
| Demonstrates with physical coaching | Dp | Learning not evaluated | N/A |
| Demonstrates with verbal coaching | Dv | | |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|
| [signature] | [signature] | [signature] | [signature] |
| | | | |
| | | | |
| | | | |



NORWEGIAN AMERICAN HOSPITAL
"...Committed to your health"
1044 N. Francisco Ave.
Chicago, IL 60622

NORWEGIAN AMERICAN HOSPITAL
NO11531787 OBS 03/15/-7
GUZMAN, MAYRA F 18
M3A9371 06/14/05 TR 1 IDPA

# INTRAVENOUS THERAPY RECORD

NAH-5095-B

| BOTTLE NO. | IV FLUIDS, ADDITIVES, BLOOD OR PACKED CELLS WITH SERIAL NOS. BLOOD DERIVATIVES, ALBUMIN | PIGGY-BACK DILUTION FLUIDS / NS FOR BLOOD | HOURS TO RUN | ** IV SITE | START, ADD-ONS DATES | TIMES | INITIALS (SIGN BELOW)* | TOTAL AMOUNT ABSORBED PER BOTTLE INCL. P.B.'s | IV TUBING CHANGE 48* | (IVPB) 24* | BETADINE DRESSING CHANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LR ī C | Shift 1 / 2 ✓ / 3 | LR | | 6/14/05 | Started 2100 pm | | | | | |
| | | | | | 06/15/05 | Absorbed 0500 | | 7L | | | |
| 2 | LR | Shift 1 / 2 / 3 ✓ | 8 | | 06/15/05 | Started 0545 | | | | | |
| | | | | | 6-15 | Absorbed 1100 am | DC | 1000 cc | | | |
| | | Shift 1 / 2 / 3 | | | | Started am pm | | | | | |
| | | | | | | Absorbed am pm | | | | | |
| | | Shift 1 / 2 / 3 | | | | Started am pm | | | | | |
| | | | | | | Absorbed am pm | | | | | |
| | | Shift 1 / 2 / 3 | | | | Started am pm | | | | | |
| | | | | | | Absorbed am pm | | | | | |
| | | Shift 1 / 2 / 3 | | | | Started am pm | | | | | |
| | | | | | | Absorbed am pm | | | | | |
| | | Shift 1 / 2 / 3 | | | | Started am pm | | | | | |
| | | | | | | Absorbed am pm | | | | | |
| | | Shift 1 / 2 / 3 | | | | Started am pm | | | | | |
| | | | | | | Absorbed am pm | | | | | |
| | | Shift 1 / 2 / 3 | | | | Started am pm | | | | | |
| | | | | | | Absorbed am pm | | | | | |
| | | Shift 1 / 2 / 3 | | | | Started am pm | | | | | |
| | | | | | | Absorbed am pm | | | | | |
| | (continued on other side) | Shift 1 / 2 / 3 | | | | Started am pm | | | | | |
| | | | | | | Absorbed am pm | | | | | |

| NURSES' INITIALS | SIGNATURE + STATUS* | NURSES' INITIALS | SIGNATURE + STATUS* |
|---|---|---|---|
| | | [signature] | [signature] |
| | | [signature] | [signature] |

| Amount | # Hrs. | gtts / min. | cc / hr. |
|---|---|---|---|
| 1000cc | 24.. | 7.... | 42 |
| | 12 | 14 | 84 |
| | 10.. | 17.... | 102 |
| | 8 | 21 | 125 |
| | 6... | 28... | 167 |
| 500cc | 24.. | 4.... | 21 |
| | 12 | 7 | 42 |
| | 10.. | 9.... | 54 |
| | 8 | 11 | 66 |

GTTS / MIN. TOTAL VOL. X GTTS / CC
MINUTES TO RUN

TRAVENOL GTTS. RATE — 10 GTTS / CC

** RA, LA RF, LF
RH, LH RL, LL

# PRN MEDS, PRE-OPS, STATS, PREPS, ONE DOSE MEDS.

| MEDICATION | SHIFT | DATE 6/10/05 TIME | DATE TIME | DATE TIME | DATE TIME | DATE TIME | DATE TIME | DATE TIME |
|---|---|---|---|---|---|---|---|---|
| MED Terbutaline | 7-3 | | | | | | | |
| DOSE 0.25mg ROUTE SQ | 3-11 | 2130 ff | | | | | | |
| FREQ. x1 now TIME 2130 | 11-7 | | | | | | | |
| MED | 7-3 | | | | | | | |
| DOSE ROUTE | 3-11 | | | | | | | |
| FREQ. TIME | 11-7 | | | | | | | |
| MED | 7-3 | | | | | | | |
| DOSE ROUTE | 3-11 | | | | | | | |
| FREQ. TIME | 11-7 | | | | | | | |
| MED | 7-3 | | | | | | | |
| DOSE ROUTE | 3-11 | | | | | | | |
| FREQ. TIME | 11-7 | | | | | | | |
| MED | 7-3 | | | | | | | |
| DOSE ROUTE | 3-11 | | | | | | | |
| FREQ. TIME | 11-7 | | | | | | | |
| MED | 7-3 | | | | | | | |
| DOSE ROUTE | 3-11 | | | | | | | |
| FREQ. TIME | 11-7 | | | | | | | |
| MED | 7-3 | | | | | | | |
| DOSE ROUTE | 3-11 | | | | | | | |
| FREQ. TIME | 11-7 | | | | | | | |
| MED | 7-3 | | | | | | | |
| DOSE ROUTE | 3-11 | | | | | | | |
| FREQ. TIME | 11-7 | | | | | | | |
| MED | 7-3 | | | | | | | |
| DOSE ROUTE | 3-11 | | | | | | | |
| FREQ. TIME | 11-7 | | | | | | | |
| MED | 7-3 | | | | | | | |
| DOSE ROUTE | 3-11 | | | | | | | |
| FREQ. TIME | 11-7 | | | | | | | |
| MED | 7-3 | | | | | | | |
| DOSE ROUTE | 3-11 | | | | | | | |
| FREQ. TIME | 11-7 | | | | | | | |

NOTE: RECORD B/P BEFORE ALL ANTIHYPERTENSIVE DRUG DOSES

— STANDARD MEDICATION TIMES —

DAILY 9AM

AC MEDS = 7:30AM - 11:30AM - 4:30PM

TETRACYCLINES TID = 6AM - 2PM - 10PM*
QID = 6AM - 2PM - 7PM - 12PM

BID = 9AM - 6PM
TID = 9AM - 1PM - 6PM
QID = 9AM - 1PM - 6PM - 10PM*

Q4° = 6AM - 12N - 6PM - 12M
Q8° = 6AM - 2PM - 10PM*
Q2°, 3°, 4°, . . . . START 9AM

ANTIBIOTICS: BID = 9AM - 10PM*
TID = 6AM - 1PM - 10PM*
QID = 6AM - 1PM - 6PM - 10PM*

*EXCEPTIONS: AVOID GIVING NARCOTIC WITH TRANQUILIZER OR A HIGH ALCOHOLIC CONTENT DRUG.



NORWEGIAN AMERICAN HOSPITAL
CENTURY OF SERVICE
1044 N. Francisco Ave.
Chicago, IL 60622
773/292-8200

## Your Rights and Responsibilities as a Hospital Patient

**Have the Right to:**

considerate and respectful care.

be well informed about your illness, possible treatment and likely outcome and to discuss this information with your doctor. You have the right to know the names and roles of people treating you.

consent or refuse a treatment, as permitted by law, throughout your hospital stay. If you refuse a recommended treatment, you will receive other needed and available care.

have an Advance Directive, such as Living Will or Durable Power of Attorney. These documents express your choices about your future or name someone to decide if you cannot speak for yourself. If you have a written Advance Directive, please provide a copy to the hospital, your family and your doctor.

expect that treatment records are confidential unless you have given permission to release information or reporting is required or permitted by law. When the hospital releases records to others, such as the insurers, it emphasizes that the records are confidential.

review your medical records and have the information explained, except when restricted by the law.

expect the hospital will give you necessary health services to the best of its ability. Treatment, referral or transfer may be recommended. If transfer is recommended or requested, you will be informed of the risks, benefits and alternatives. You will not be transferred until the other institution agrees to accept you.

privacy. The hospital, your doctor and others caring for you will protect your privacy as much as possible.

know if this hospital has relationships with outside parties that may influence your treatment and care. These relationships may be with educational institutions, other healthcare providers or insurers.

consent or decline to take part in research affecting your care. If you choose not to take part, you will receive the most effective care the hospital otherwise provides.

be told of realistic care alternatives when hospital care is no longer appropriate access to the ethics committee.

receive treatment without discrimination to reason of race, color, religion, sex, age, national of origin or source of payment. This includes the right to meaningful communication. If necessary, the hospital will make every effort to provide interpreters when you have difficulties to communicate with the staff.

to file a complaint (grievance). You have the right to receive a prompt resolution. The nurse will assist you or call the hospital operator. Presentation of a grievance will not compromise your future access to care.

discuss pain relief management and education with your doctor and nurse. You are encouraged to be involved in your medical care. Expect appropriate information about pain prevention and management.

**You Have the Responsibility to:**

provide information about your health, including past illness, hospital stays and use of medicine.

ask questions when you do not understand information or instructions. If you believe you cannot follow through with your treatment, you are responsible for telling your doctor.

be considerate of the needs of the other patients by allowing roommates their privacy, limiting visitors, observing hospital rules, and controlling interruptions of noise and light.

provide information regarding insurance and for working with the hospital to arrange payment when needed.

Patient's Signature Mayra Guzman

## Derechos del Paciente

- Usted tiene el Derecho a ser tratado con respeto y consideración.
- Usted tiene el derecho a estar informado sobre su enfermedad, posibles tratamientos y resultados, y poder discutir ésta información con su médico. Usted tiene el derecho de saber los nombres y el papel que desempeñan las personas que están cuidando de su salud.
- Usted tiene el derecho a consentir o rechazar tratamiento durante su estadía en el hospital, según lo permite la ley. Si usted rechaza un tratamiento recomendado por su médico, usted recibirá otros cuidados necesarios disponibles.
- Usted tiene el derecho de tener Directivas Previas, como un testamento o un poder legal acerca de su salud. Estos documentos expresan sus decisiones sobre su futuro o nombran a alguien que decida por usted en caso de que usted no pueda. Si ya tiene por escrito Directivas Previas (poder legal de salud) por favor facilite una copia al hospital, su familia y su médico.
- Usted tiene el derecho de esperar que la información contenida en su expediente médico se mantenga confidencial a menos que usted lo autorize o que la ley requiera que se reporte ésta información. El hospital enfatiza la confidencialidad de sus expedientes cuando provee esta información a otras identidades, como su aseguranza.
- Usted tiene el derecho de revisar sus expedientes médicos y de que se le explique la información contenida, con la excepción de casos restringidos (prohibidos) por la ley.
- Usted tiene el derecho de recibir el mejor cuidado posible del hospital. Un tratamiento, referido o traslado puede ser recomendado. En caso de que su traslado sea recomendado, usted será informado de los riesgos, beneficios y alternativas. No será trasladado hasta que la otra institución acepte dicho traslado.
- Usted tiene el derecho a privacidad. El hospital, su médico y otros cuidando d su salud protegerán su privacidad lo máximo que sea posible.
- Usted tiene el derecho de saber si el hospital tiene relaciones con otras identidades que puedan influenciar su tratamiento y su cuidado. Estas relaciones pueden ser instituciones educacionales, otros proveedores de cuidado de salud y/o aseguranzas.
- Usted tiene el derecho a consentir o rechazar de tomar parte en investigacione médicas que puedan afectar su cuidado. Aunque usted decida no tomar parte en estas investigaciones, recibirá el cuidado más efectivo que pueda proveer e hospital.
- Usted tiene el derecho de ser informado sobre cuidado alternativo cuando los servicios que provee el hospital ya no son apropiados.
- Usted tiene el derecho de recibir tratamiento sin ser discriminado por razone de raza, color, religión, sexo, edad, nacionalidad o por la forma en que va a pagar por sus servicios. Esto incluye el derecho a comunicarse adecuadamen Si es necesario, el hospital hará todo el esfuerzo para obtener un intérprete si usted tiene dificultad en comunicarse con el personal médico.
- Tiene el derecho de presentar una queja y recibir pronta resolución. La enfermera le asistirá o llame la operadora. Presentación de una queja no compromete su cuidado médico.
- Usted tiene el derecho de discutir la educación y administración de medicamentos para dolor con su enfermera y médico. Usted puede envolver en su cuidado médico. Espere información apropiada acerca de la prevenció administración de medicamentos para el dolor.

**Usted Tiene la Responsabilidad de:**

- Usted tiene el derecho de proveer información sobre su salud, incluyendo enfermedades anteriores, estadías en hospitales y uso de medicamentos.
- Usted tiene el derecho de hacer preguntas cuando no comprenda alguna información o instrucción médica. Si cree que usted no puede seguir las instrucciones de su tratamiento, usted es responsable de informarle a su médico.
- Usted tiene el derecho de considerar las necesidades de otros pacientes dan privacidad a sus compañeros de cuarto, limitando visitas, observando regla del hospital, y controlando interrupciones de ruido y luz.
- Usted tiene el derecho de proveer información sobre su aseguranza y de lle a un acuerdo con el hospital sobre arreglos para pagar su cuenta siempre y cuando sea necesario.



NORWEGIAN AMERICAN
HOSPITAL
"...Committed to your health"

# NAH Physician Admission/Discharge Orders

Patient's Name: GUZMAN,MAYRA

R# M349371 Account # N011531787

## Primary Admission Inpatient/Observation

Admit to: (●) Inpatient ( ) Observation

in: ( ) ICU (●) Labor & Delivery ( ) Med/Surg ( ) Medical Detox ( ) Pediatrics ( ) Telemetry ( ) *Isolate Patient*

Diagnosis: Ab/. Tenuem 305/7

Consultants: ______

( ) Verbal Order
(●) Telephone Order per MD: ______

RN Signature: [signature] Date: 6/14/05 Time: 1620

Nursing: *Please check Meditech Room & Board Accommodation*

MD Signature: ______ Date: ______ Time: ______

Allergies: ______

**To Be *Completed* by Nurse when Observation Patient is brought to his/her room**

Room: ______ Date: ______

Bed: ______ Time: ______

RN Signature: ______

## Observation to Inpatient Admission

Admit to: ( ) Inpatient

In: ( ) ICU ( ) Labor & Delivery ( ) Med/Surg ( ) Medical Detox ( ) Pediatrics ( ) Telemetry ( ) *Isolate Patient*

Diagnosis: ______

Consultants: ______

( ) Verbal Order
( ) Telephone Order per MD: ______

RN Signature: ______ Date: ______ Time: ______

Nursing: *Please check Meditech Room & Board Accommodation*

MD Signature: ______ Date: ______ Time: ______

## Discharge

Discharge to: ( ) Home ( ) Home with follow up ( ) Other

Destination/Comments: ______

( ) Verbal Order
( ) Telephone Order per MD: ______

RN Signature: ______ Date: ______ Time: ______

MD Signature: ______ Date: ______ Time: ______



1044 N. Francisco Ave.
Chicago, IL 60622
773/292-8200

NORWEGIAN AMERICAN HOSPITAL
...17 OBS 06/21/87
...YADIRA F 17
M347367 06/13/05 LD6 1 IOPA
CLARIDAD,
CLARIDAD,

# DISCHARGE SUMMARY LABOR AND DELIVERY

DATE: 6-15-2005

TIME OF DISCHARGE: 1145

HORA DE ALTA: ______

CONDITION:

- ☐ Excellent ☐ Fair
- ☑ Good ☐ Poor

- Push fluid: 8 to 10 glass/day
- Diet: Reg
- Rest: yes
- Lifting: no
- Sex: no
- Smoking: no

CONDICION:

- ☐ Excelente ☐ Moderada
- ☐ Bueno ☐ Mala

- Tome liquido ______
- Dieta ______
- Descanso ______
- Levantar cosas pesada ______
- Relaciones sexuales ______
- Fumar ______

**WARNING SIGNS**
(Come to the hospital if you experience)

Sudden gush of water or trickling from the vagina.

Bright red vaginal bleeding.

Have contractions every 20 minutes or closer for one hour contractions may be felt as cramping or tightening in your abdomen, "balling up" feeling, pressure in your back, thighs or abdomen).

Kick count instructions given:

☑ Yes ☐ No

Further instructions: ______

Pain on discharge: ☐ Yes ☒ No

Pain assessment 0 ______ 10

Site ______

Referral:

Social Services Elizabeth Soc. Wor
OB Clinic notify
Others NST + AFI on 6-19
Referral Phone Number ______

**SENALES DE AVISO**
(venga al hospital cuando sienta los siguentes sintomas o molestias)

Si nota que sale agua o liquido por la vagina.

Si nota sangrado al rojo vivo por la vagina con o sin dolor.

Si tiene contracciones dolorosas como de parto mas de tras en una hora (si siente que el utero (Matriz) se pone duro por mucho tiempo y no se relaja, si siente que la barriga se pone dura como una bola, si tiene presion dolorosa en la parte baja de la espalda como que los huesos de las caderas se estan abriendo, si tiene presion dolororas en el abdomen, en su piernas o en los muslos.

Le dieron instrucciones de la cuenta de movimientos:

☐ Si ☐ No

Instrucciones: ______

Dolor al darte de alta: ☐ Si ☐ No

Evaluacion del dolor 0 ______ 10

En que parte ______

Referido:

Servicos Sociales ______
Clinica OB ______
Otros ______
Numero de Referido ______

If any questions, call Labor and Delivery at (773) 292-8294.

Patient's Signature X Mayra Guzman
Nurse's Signature [signature]

Si tiene alguna pregunta, llame a la Sala de Parto al (773) 292-8294.

Firma del Paciente ______
Firma de Enfermera ______

NAH-5195-D WHITE - CHART COPY CANARY - PATIENT COPY PINK - PHYSICIAN COPY

CHICAGO POLICE DEPARTMENT
EVENT QUERY

02-FEB-2006 PAGE 1

Event # 0516507394

| Type | Location | Date | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|
| SEARCH | 1546 W WALTON ST | 14-JUN-2005 11:04:49 | 3D | 013 | 1323 | 19P |

| Source | Response Level | Caller | Phone |
|---|---|---|---|
| R | 1 | | -- |

| Address of Occurrence | Occ Beat |
|---|---|
| 1546 W WALTON ST | 1323 |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 14-JUN-2005 11:04:49 | OUTSER | PD43 | D306538 | Type: SEARCH |
| 14-JUN-2005 11:04:49 | DOS | PD43 | D306538 | 1368 |
| 14-JUN-2005 11:24:09 | PREMP | PD43 | D306538 | 1368 |
| 14-JUN-2005 [illegible] | DSP | PD43 | D306538 | [illegible] |
| 14-JUN-2005 11:24:51 | DSP | PD43 | D306538 | 1460 |
| 14-JUN-2005 11:24:56 | ALERT | PD43 | D306538 | Type [SEARCH] has no Card |
| 14-JUN-2005 11:25:00 | CHNG | PD43 | D306538 | Triage Data Entered;Location: 1546 W WALTON ==> 1546 W WALTON ST;X Streets: <empty>/<empty> ==> 928 BL N ASHLAND AV/932 BL N GREENVIEW AV;ServLoc: 1546 W WALTON ==> 1546 W WALTON ST;Atom: <empty> ==> 1323;RespArea: <empty> ==> 1323;ARP: YES ==> NO;Other Notified: YES ==> NO;SrvcArea:<empty> ==> 1323;RespGroup:<empty> ==> 1323; |
| 14-JUN-2005 11:25:14 | XREF | PD43 | D306538 | #CPD0516507512 by PD43, Unit 1460, Unit 1460 |
| 14-JUN-2005 12:32:16 | AUTPRE | PD43 | D306538 | 1460 |
| 14-JUN-2005 12:47:33 | DSP | PD42 | D307292 | 1460 |
| 14-JUN-2005 12:56:49 | ACK | PMDT4077 | PC0N967 | 1460 |
| 14-JUN-2005 12:56:54 | ENR | PMDT4077 | PC0N967 | 1460 |
| 14-JUN-2005 12:56:56 | ONS | PMDT4077 | PC0N967 | 1460 |
| 14-JUN-2005 13:30:23 | ASST | PD43 | D306538 | 1463B |
| 14-JUN-2005 14:12:02 | SCHOFF | PD42 | D551151 | Unit #1460 scheduled for Logoff |
| 14-JUN-2005 14:15:29 | ACK | PMDT4038 | PC0S911 | 1463B |
| 14-JUN-2005 14:29:52 | AUTPRE | PD42 | D551151 | 1460 |
| 14-JUN-2005 18:15:05 | CLEAR | PD42 | D555743 | 1463B Papercar changed from to 1463B D/19P |
| 14-JUN-2005 18:15:05 | CLOSE | PD42 | D555743 | D/19P |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|---|---|---|---|---|---|---|---|
| 1368 | 11:04:49 | | 11:04:49 | | | | 11:24:09 |
| 1460 | 11:24:14 | | | | | | |
| [illegible] | 11:24:51 | | | | | | [illegible] |
| 1460 | 12:32:16 | | | | | | |

PLAINTIFF'S EXHIBIT 7

05C 6617

**CHICAGO POLICE DEPARTMENT**
**EVENT QUERY**

02-FEB-2006 PAGE 1

Event # 0516506617

| Type | Location | Date | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|
| SEARCH | 3326 [redacted] MOYNE ST | 14-JUN-2005 10:17:53 | 3D | 014 | 1422 | 143A |

| Source | Response Level | Caller | Phone |
|---|---|---|---|
| R | 1 | | -- |

| Address of Occurrence | Occ Beat |
|---|---|
| 3326 W LE MOYNE ST | 1422 |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 14-JUN-2005 10:17:53 | OUTSER | PD43 | D822592 | Type: SEARCH |
| 14-JUN-2005 10:17:53 | DOS | PD43 | D822592 | [redacted]1460 |
| 14-JUN-2005 10:18:13 | ASST | PD42 | D307292 | 1412 |
| 14-JUN-2005 10:19:12 | ASST | PD43 | D822592 | 1468 |
| 14-JUN-2005 10:22:06 | CLEAR | PD42 | D307292 | 1412 |
| 14-JUN-2005 10:22:28 | SUPP | PD43 | D822592 | Remarks Added |
| 14-JUN-2005 10:49:03 | ASST | PD42 | D307292 | 1468A 1468C 1468D |
| 14-JUN-2005 [redacted]:24:49 | CLEAR | PD43 | D306538 | [redacted]1460 |
| 14-JUN-2005 12:05:52 | ALERT | PD43 | D306538 | Type [SEARCH] has no Card |
| 14-JUN-2005 12:05:56 | CHNG | PD43 | D306538 | Triage Data Entered;Location: 3326 W LEMOYNE = = > 3326 W LE MOYNE ST;X Streets: <empty>/<empty> = = > 1458 BL N HOMAN AV/1500 BL N SPAULDING AV;ServLoc: 3326 W LEMOYNE = = > 3326 W LE MOYNE ST;Atom: <empty> = = > 1422;RespArea: <empty> = = > 1422;ARP: YES = = > NO;Other Notified: YES = = > NO;SrvcArea:<empty> = = > 1422;RespGroup:<empty> = = > 1422; |
| 14-JUN-2005 12:06:05 | DSP | PD43 | D306538 | 1468B |
| 14-JUN-2005 12:34:23 | CASERD | PC0V697 | PC0V697 | RDG Report Number $CPDHL420010 D/143A By: PC0V697 |
| 14-JUN-2005 14:24:43 | CLEAR | PD42 | D551151 | 1468 1468A 1468C 1468D 1468B |
| 14-JUN-2005 14:24:43 | CLOSE | PD42 | D551151 | |
| | RMKS | | | DISREGARD FEMALE FOR SEARCH |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|---|---|---|---|---|---|---|---|
| 1460 | 10:17:53 | | 10:17:53 | | | | 11:24:49 |
| 1412 | 10:18:13 | | | | | | 10:22:06 |
| 1468 | 10:19:12 | | | | | | 14:24:43 |
| 1468A | 10:49:02 | | | | | | 14:24:43 |
| 1468C | 10:49:02 | | | | | | 14:24:43 |
| 1468D | 10:49:03 | | | | | | 14:24:43 |
| 1468B | 12:06:05 | | | | | | 14:24:43 |

PLAINTIFF'S
EXHIBIT
8

00133

**CHICAGO POLICE DEPARTMENT**
**EVENT QUERY**

02-FEB-2006 PAGE 1

Event # 0516507512

| Type | Location | Date | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|
| SUSAUW | 1536 W WALTON ST | 14-JUN-2005 11:11:09 | 2C | 013 | 1323 | |

| Source | Response Level | Caller | Phone |
|---|---|---|---|
| E | 1 | T-MOBILE USA | 773-663-1104 |

| Address of Occurrence | Occ Beat |
|---|---|
| 1536 W WALTON ST | 1323 |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 14-JUN-2005 11:09:55 | REC | | | |
| 14-JUN-2005 11:09:58 | REBID | PD32 | C300002 | Phase I: X -087668200, Y +41899570, Location [1600-1624 W AUGUSTA BL ] |
| 14-JUN-2005 11:10:33 | ALERT | PD32 | C300002 | Type [SUSAUW] has no Card |
| 14-JUN-2005 11:11:09 | ENTRY | PD32 | C300002 | EventLocation, CallerLocation have been changed. |
| 14-JUN-2005 11:17:36 | ALERT | PD42 | DT822592 | Type [SUSAUW] has no Card |
| 14-JUN-2005 11:20:43 | CHNG | PD42 | DT822592 | Remarks Entered;Triage Data Entered; |
| 14-JUN-2005 11:23:55 | DSP | PD43 | D306538 | 1460 |
| 14-JUN-2005 11:25:12 | PREMP | PD43 | D306538 | 1460 |
| 14-JUN-2005 11:25:14 | XREF | PD43 | D306538 | #CPD0516507394 by PD43, Unit 1460, Unit 1460 |
| 14-JUN-2005 11:25:14 | DUP | PD43 | D306538 | |
| | RMKS | | | *** WIRELESS CALL *** |
| | RMKS | | | Green auto in the middle of the street, M standing by w door open. NFI |
| | RMKS | | | PER 1460 THAT IS THE POLICE |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|---|---|---|---|---|---|---|---|
| 1460 | 11:23:55 | | | | | | 11:25:12 |

PLAINTIFF'S
EXHIBIT
9